**E-FILED**
Thursday, 06 July, 2006  02:08:24 PM
Clerk, U.S. District Court, ILCD

WGB/lmm/1437140                                                    6975-06008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| WILLIAM JARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. |
| | ) | |
| FORTIS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

**TO:**   The Honorable Judges of the United States District Court
For the Central District of Illinois at Springfield
151 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701

**CC:**   James R. Enlow, Esq.
Scott & Scott, P.C.
611 East Monroe Street, Suite 200
Springfield, IL 62701

NOW COMES the defendant, Fortis Insurance Company, by and through its attorney, William G. Beatty; Johnson & Bell, Ltd., of counsel, and giving notice of the removal of the above-captioned cause from the Circuit Court of the Fourth Judicial Circuit, Christian County, Illinois, to the United States District Court for the Central District of Illinois at Springfield, pursuant to the provisions of 28 U.S.C. §§ 1332(a) and 1441(a) here states as follows:

1.    This action is being removed to federal court on the basis of this Court's subject matter jurisdiction over civil actions between citizens of different states in circumstances under

which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. See 28 U.S.C. §§ 1332(a) and 1441(a).

2.    Venue is proper in the Unites States District Court for the Central District of Illinois at Springfield, pursuant to the provisions of 28 U.S.C. § 1391(a), insofar as a substantial portion of the claimed events and alleged omissions giving rise to the plaintiff's claims occurred within this federal judicial district.

3.    On June 5, 2006, plaintiff William Jarrett filed a Complaint in the Circuit Court of the Fourth Judicial Circuit, Christian County, Illinois, against defendant Fortis Insurance Company, seeking approximately $99,000.00 in damages in the form of unpaid insurance benefits relative to the costs of a hospitalization and surgery which the plaintiff underwent in January of 2005.

4.    In addition to the contractual damages alleged above, plaintiff's Complaint also seeks recovery of extra-contractual damages, up to $60,000.00, pursuant to the Illinois Insurance Code, for defendant's alleged "vexatious and unreasonable" refusal to pay the plaintiff's insurance claim, along with attorneys fees and other costs of suit.

5.    Upon information and belief, and at all times herein relevant, plaintiff William Jarrett was and is a citizen and resident of the State of Illinois.

6.    At all times herein relevant, the defendant, Fortis Insurance Company, was and is a corporation organized and existing under the laws of the State of Wisconsin, having its principle place of business in Milwaukee, Wisconsin.

7.    The face of the plaintiff's Complaint demonstrates that plaintiff is seeking recovery of over $99,000.00 in unpaid medical bills along with attorneys fees, penalties and

sanctions of up to $60,000.00 pursuant to the Illinois Insurance Code, and therefore the matter in controversy in this case clearly exceeds the sum of $75,000.00 exclusive of interest and costs.

8.    This action is therefore one over which the United States District Court for the Central District of Illinois at Springfield has valid subject matter jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a), and is therefore one which is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), insofar as:

a.    this case involves claims between citizens of different states;

b.    the amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs; and

c.    this Notice of Removal is timely filed in that it is being filed within thirty (30) days of service of the plaintiff's Complaint, the defendant having first been served with plaintiff's Summons and Complaint on June 14, 2006, through the offices of the Division of Insurance of the Illinois Department of Financial and Professional Regulation.

9.    In accordance with the provisions of 28 U.S.C. §1447(b), there are attached to this Notice of Removal true and correct copies of all pleadings and process served upon the defendant in this matter to date.

10.    In accordance with the provisions of 28 U.S.C. §1446(d), defendant Fortis Insurance Company will give prompt written notice of the removal of this cause to the plaintiff's counsel, and shall also file a copy of this Notice of Removal with the Clerk of the Circuit Court of the Fourth Judicial Circuit, Christian County, Illinois.

WHEREFORE, the defendant, Fortis Insurance Company, hereby gives notice to this Honorable Court of the removal of this action from the Circuit Court of the Fourth Judicial

Circuit, Christian County, Illinois, to the United States District Court for the Central District of Illinois at Springfield, and respectfully request that this Honorable Court assume jurisdiction over the parties to this cause, and over the claims asserted herein, to the same extent and degree as if this matter had been originally filed in this Court.

Respectfully submitted,

JOHNSON & BELL, LTD.

William G. Beatty
One of the Attorneys for Defendant,
Fortis Insurance Company

William G. Beatty, Esq.
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312) 972-0770
ARDC: 03121542

4

## IN THE CIRCUIT COURT
## OF THE FOURTH JUDICIAL CIRCUIT
## TAYLORVILLE, CHRISTIAN COUNTY, ILLINOIS

WILLIAM JARRETT,                    )
                                    )
    Plaintiff,                  )
                                    )
    vs.                         )     No.: 06-L-116
                                    )
FORTIS INSURANCE COMPANY,           )
An Insurance corporation,           )
                                    )
    Defendant.                  )

**LEGAL**
**JUN 1 4 2006**
**DEPT.**

### SUMMONS

To:    Fortis Insurance Company
       501 West Michigan
       Milwaukee, WI 53201

    YOU ARE SUMMONED and required to file an answer to the Complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court, 101 South Main Street, Taylorville, Illinois, 62568, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.



WITNESS, June 5, 2006

Donna M. Castelli
Clerk of the Court

Becky Barry
Associate Circuit Clerk – Int. Deputy

Name:        James R. Enlow
              Scott & Scott, P.C.
Attorney for:  Plaintiff
Address:     611 E. Monroe – Suite 200
City:         Springfield, IL 62701
Telephone:   (217) 753-8200

Date of Service: _____, 2006
(To be inserted by officer on copy left with Defendant or other person)

IN THE CIRCUIT COURT
FOR THE FOURTH JUDICIAL CIRCUIT
TAYLORVILLE, CHRISTIAN COUNTY, ILLINOIS

WILLIAM JARRETT,                          )

Plaintiff,                                )

vs.                                       )

FORTIS INSURANCE COMPANY,                 )
an Insurance corporation,                 )

Defendant.                                )

**FILED**

JUN – 5 2006

*Donna M. Castelli*
Circuit Clerk
Christian County

No. 06-L-16

## COMPLAINT

NOW COMES Plaintiff, WILLIAM JARRETT, by and through his attorneys, SCOTT & SCOTT, P.C., and complaining against Defendant, FORTIS INSURANCE COMPANY, an insurance corporation, hereby states as follows:

### Allegations Common to All Counts

1.    That at all times relevant hereto, Plaintiff, WILLIAM JARRETT, (hereinafter JARRETT), was a resident of the City of Kincaid, Christian County, Illinois.

2.    That at all times relevant hereto, Defendant, FORTIS INSURANCE COMPANY (hereinafter FORTIS) was and is an insurance corporation doing business in the State of Illinois and the contract of insurance upon which this action is based, was transacted in Christian County, Illinois.

3.    JARRETT is self-employed and the owner of Bill's Safety and Auto located in Taylorville, Christian County, Illinois.

4.    That prior to January 15, 2005, JARRETT had medical insurance through American Republic Insurance Company and had been so insured since 1998.

1

5.    That in November, 2004, JARRETT was solicited by Deborah Loveless, an insurance agent engaged in the business of selling insurance policies issued by FORTIS for medical coverage. As a result of said solicitation by FORTIS' agent, JARRETT completed an Enrollment Form for Medical Insurance for Individuals and Families in order to apply for medical insurance issued by FORTIS. A copy of said Form in redacted version is attached hereto and incorporated herein as Exhibit "A".

6.    That as part of the application process, JARRETT was required to answer certain questions regarding his health history. One such question asked if, within the last ten (10) years, JARRETT had any diagnosis of, received treatment for, or consulted with a physician concerning the heart or circulatory system, including but not limited to high blood pressure, heart attack, heart murmur, chest pain, irregular heartbeat, varicose veins, phlebitis, or elevated cholesterol to which JARRETT truthfully answered no.

7.    That as part of the application process for medical insurance through FORTIS, JARRETT was neither asked nor required to submit to any physical examination. An additional insured under the policy was also to be JARRETT's spouse who also provided information through the application process regarding her past medical history.

8.    That in consideration of the premium paid and to be paid by JARRETT, FORTIS issued its policy of insurance effective January 15, 2005, insuring thereunder JARRETT and his spouse and issued its certificate of insurance with Certificate No. 0058353015. Said policy excluded certain medical conditions of JARRETT's spouse, but did not expressly contain any exclusions pertaining to JARRETT. A copy of said policy is attached hereto and incorporated herein as Exhibit "B".

9.    That while the policy of insurance issued by FORTIS was in effect as aforesaid, on January 21, 2005, JARRETT presented at the emergency room at St. John's Hospital in Springfield, Illinois, with complaints of sternal chest pain radiating to his shoulders.

10.    That following testing and diagnosis, cardiac surgery was performed on JARRETT on January 23, 2005. JARRETT was released from St. John's Hospital on January 27, 2005, under a continuing care rehabilitative program.

11.    That during the period in which the aforementioned policy of insurance issued by FORTIS was in effect and as a result of the cardiac services performed by St. John's Hospital and other medical providers in and around Sangamon County and Christian County, Illinois, JARRETT has incurred charges for necessary medical services rendered in an amount in excess of $99,000.00.

12.    That upon submission of such medical bills to FORTIS for payment in accordance with its obligations under the aforesaid policy of insurance, FORTIS denied each and every such claim claiming that such denial was based on a policy provision pertaining to a pre-existing condition. Specifically, the policy provides that a pre-existing illness (condition) means any condition that was diagnosed or treated (to include the taking of prescription drugs) by a Physician within twelve months prior to the effective date of coverage, or produced symptoms within twelve months prior to the effective date of coverage that would have caused an ordinarily prudent person to seek medical diagnosis or treatment.

13.    That on June 20, 2005, in response to a complaint submitted to the Illinois Department of Financial and Professional Regulation by JARRETT, FORTIS responded that it was denying the claims of JARRETT because they "determined that Mr. Jarrett had

3

received treatment prior to the effective date of his certificate of coverage ...", which such statements to the Illinois Department of Financial and Professional Regulation were false as JARRETT had not previously received treatment for the conditions stated in such letter. A copy of such June 20, 2005 response, marked as Exhibit "C" is attached hereto and incorporated herein.

14.     That despite its earlier statements to Illinois regulatory authority that JARRETT had received treatment for certain conditions prior to his admission to St. John's Hospital on January 21, 2005, FORTIS sent additional correspondence to JARRETT dated August 1, 2005, therein stating that their "...health management department reviewed the medical records from St. John's Hospital.  Based on this review it was determined that pulmonary collapse, coronary atherosclerosis disease of pericardium and chest pain produced signs and symptoms prior to the effective date of coverage" and, therefore, stated that no benefits were available.  A copy of such correspondence, marked as Exhibit "D" is attached hereto and incorporated herein.

15.     That prior to his admission to St. John's Hospital on January 21, 2005, JARRETT had never been diagnosed with or treated for any cardiac condition.

16.     That despite the fact that JARRETT had not been diagnosed nor treated for any cardiac condition prior to his admission into St. John's Hospital on January 21, 2005, FORTIS continues to deny coverage under the policy of insurance in effect during the relevant period hereto and has failed and refused and continues to so fail and refuse to make payment of the medical expenses necessarily incurred by JARRETT as aforesaid.

4

## COUNT I

### <u>Declaratory Relief</u>

As and for his first cause of action against FORTIS, Plaintiff, WILLIAM JARRETT, states as follows:

1-16.    Plaintiff repeats and realleges paragraphs 1 through 16 of the Allegations Common to All Counts as and for paragraphs 1 through 16 of Count I, as though fully set forth herein.

17.    That as a result of the above and foregoing, an actual controversy exists between the parties.  FORTIS' position is that the medical expenses incurred as a result of Plaintiff's illness are not covered under the insurance policy as the same were the result of a pre-existing condition.  JARRETT's position is that the policy is valid and binding upon FORTIS and that the pre-existing condition language in the policy is inapplicable herein.

18.    That there is immediate need for a judicial declaration in accordance with Section 2-701 of the Illinois Code of Civil Procedure (735 ILCS 5/2-701) declaring that FORTIS' acts were unlawful and a contradiction of the terms of the insurance policy and this declaration is necessary so that JARRETT may know his rights under the aforesaid insurance policy and may act accordingly.

WHEREFORE, Plaintiff, WILLIAM JARRETT, prays this Honorable Court declare as follows:

A.    That the pre-existing condition language contained within the policy of insurance which is the subject hereof, is inapplicable and invalid as it pertains to the controversy existing between the parties.

5

B.     That the insurance policy which is the subject hereof issued by FORTIS insuring JARRETT was and is in full effect during all relevant times.

C.     That FORTIS is liable for the payment of all necessary medical expenses incurred by JARRETT in accordance with the terms and provisions of the policy of insurance in amounts as finally determined.

D.     That JARRETT is entitled to his costs incurred in prosecuting this action.

E.     Such other, further and different relief as the court deems just.

**COUNT II**

**Breach of Contract**

As and for his second cause of action against FORTIS, Plaintiff, WILLIAM JARRETT, states as follows:

1-16.   Plaintiff repeats and realleges paragraphs 1 through 16 of the Allegations Common to All Counts as and for paragraphs 1 through 16 of Count II, as though fully set forth herein.

17.     That upon issuance of its certificate and acceptance of payments required thereunder FORTIS entered into a valid and binding contract for the provision of medical insurance to JARRETT.

18.     That JARRETT has performed all obligations of him under the contract for insurance including the payment of the premiums due thereon.

19.     That FORTIS, in rejecting, refusing and failing to pay for JARRETT's reasonable and necessary medical expenses incurred while the contract for insurance was in full force and effect, has breached said contract and such breach is willful, vexatious and unreasonable resulting in severe and continuing damages to JARRETT.

6

20.    That as a direct and proximate result of the willful, vexatious and unreasonable actions on the part of FORTIS, JARRETT has been forced to hire counsel and prosecute this action expending and continuing to expend large sums of money in prosecuting said action and in attempting to make payments of the medical expenses which are the responsibility of FORTIS pursuant to their contract for insurance.

WHEREFORE, Plaintiff, WILLIAM JARRETT, prays that this Honorable Court enter judgment in his favor and against FORTIS INSURANCE COMPANY as follows:

A.    For an amount in excess of $99,000.00 being the amount of Plaintiff' medical expenses which FORTIS has willfully, vexatiously and unreasonably failed and refused to pay.

B.    For his costs incurred herein, including reasonable attorneys fees pursuant to 215 ILCS 5/155.

C.    For an amount not to exceed sixty percent (60%) of the amount which JARRETT is entitled to recover against FORTIS exclusive of all costs, or $60,000.00, whichever is more, all as provided for by 215 ILCS 5/155.

D.    For such other, further and different relief as the court deems just.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES**

**RAISED IN COUNT II.**

Respectfully submitted,

WILLIAM JARRETT, Plaintiff,

PREPARED BY:
James R. Enlow (06199891)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 E. Monroe Street, Suite 200
Springfield, IL 62701
(217) 753-8200

BY:    
            SCOTT & SCOTT, P.C.,
            His Attorneys

7

**FILED**

STATE OF ILLINOIS )
) ss    JUN – 5 2006
COUNTY OF SANGAMON )

*Donna M. Castelli*
Circuit Clerk
Christian County

### AFFIDAVIT

I, JAMES R. ENLOW, being first duly sworn on oath, depose and state as follows:

1.    That I am an attorney duly licensed to practice law in the State of Illinois and do so practice with the law firm of Scott & Scott, P.C. in Springfield, Sangamon County, Illinois.

2.    That I represent WILLIAM JARRETT relative to claims he has against Fortis Insurance Company.

3.    That filed concurrent herewith is a Complaint for damages resulting from such claims and that the total of money damages sought exceeds $50,000.00.

FURTHER AFFIANT SAYETH NOT.

_____
JAMES R. ENLOW

Subscribed and sworn to before me this /5*t* day of June, A.D., 2006.

_____
Notary Public

OFFICIAL SEAL
**SUSAN L. GREENWALT**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-4-2010

8

**E-FILED**
Thursday, 06 July, 2006  02:08:32 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# "A"

**ENROLLMENT FORM FOR** 12/13
**MEDICAL INSURANCE FOR INDIVIDUALS AND FAMILIES**

MGA
Z7000193001
ENTRUST INC

**FORTIS**
Solid partners, flexible solutions®

PLEASE PRINT IN BLACK INK  Augustynowic

## AGENT INFORMATION

Agency Name and Fortis Number __Entrust__
Agent Name and Fortis Number __Debra Loveless    Z7260x__   Phone # (217) 523-2055
Agent Fax Number (217) 523-7161   General Agent is located in the state of __IL__

## TYPE OF ACTIVITY  check appropriate box

☒ New Enrollee

☐ Change to an existing policy. Policy # _____
  ☐ Adding Dependent
  ☐ Reinstatement of Coverage
☐ Upgrading Coverage    ☐ Applying for removal of special exception rider
  Existing Policy # _____    ☐ Applying for removal/reduction of special class premium
  ☐ Other _____

## PERSON(S) TO BE INSURED

| | Name Last | First | M.I. | Sex | Age | Birthdate Mo/Day/Yr | State of Birth | Height | Weight | Social Security # | Tobacco User Refer to p. 4, #28 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. (Primary) | Jarrett | William | L. | M | 52 | 4-15-52 | IL | 5'0 | 220 | | ☐ Yes ☒ No |
| 2. (Spouse) | Jarrett | Vivian | m. | F | 52 | 12-07-52 | IL | 5'8" | 182 | | ☐ Yes ☒ No |

| 3. DEPENDENT'S NAME Last | First | M.I. | Relationship | Sex | Age | Full Time Yes | Student No | Birthdate Mo/Day/Yr | Height | Weight | Social Security # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

4. Resident Address

125 Walnut  P.O. Box 922           Kincaid                    IL        62540
STREET                              CITY                       STATE     ZIP

5. Does any proposed insured live outside the above household?  ☐ Yes  ☒ No

If yes, explain _____
(IN CASE OF A MINOR, CUSTODIAL PARENTS SIGNATURE WILL BE REQUIRED TO ATTEST TO MEDICAL HISTORY)

6. Home Phone Number __217__       __237-4738__   Best time to call __Evening - after 3__
     AREA CODE         NUMBER

7a. Occupation (Primary) __Mechanic__     ☒ Full-Time  ☐ Part-time  Hours worked per week __40__
Company Name: __Bill's Safety + Automotive__  Work Phone Number: __217-824-9113__
Duties: __Runs Shop__
Self Employed: ☒ Yes  ☐ No    Covered by Worker's Compensation: ☐ Yes  ☒ No

7b. Occupation (Spouse) __Manage flower Shop__   ☐ Full-Time  ☒ Part-time  Hours worked per week __65__
Company Name __Whitledge flowers__      Work Phone Number: __217-824-3270__
Duties: __manage__
Self Employed: ☐ Yes  ☒ No    Covered by Worker's Compensation: ☐ Yes  ☒ No

## IF REQUESTING LIFE INSURANCE COVERAGE

8. Beneficiary for Primary Insured _____
                                    FULL NAME                                    RELATIONSHIP

Contingent Beneficiary _____
                        FULL NAME                                    RELATIONSHIP
(The Primary Insured is the beneficiary of any Spouse or Child(ren) Life Insurance.)

1

## POLICY INFORMATION

If Signed Proposal/Quote is provided this section does not need to be completed

**PREMIUM AMOUNT**

| | |
|---|---|
| Primary Insured | $ _____ |
| Spouse | $ _____ |
| Children | $ _____ |
| Rx Drug Card | $ _____ |
| D.O.C. | $ _____ |
| Maternity | $ _____ |
| AME | $ _____ |
| Life | $ _____ |
| Dental & Vision Card | $ _____ |
| Lifetime Maximum Buy Up | $ _____ |
| Total Premium | $ _____ |
| One Time Processing Fee* | $ 20.00 |

*N/A in all states

**Plan Name:** _____

**Plan Type:**
☐ Physician/Hospital PPO · ☐ PPO X-tra · ☐ Value Plan
☐ Traditional (non-PPO) · If PPO, Network · ☐ One Deductible
Selected: _____

**Plan Deductible:** _____ **Rate of Payment:** _____

**Lifetime Maximum:** _____

**Prescription Drug Card Deductible:** _____

**MSA:** ☐ FORTIS MSA · ☐ MSAVER · ☐ OTHER

**Optional Coverage:**
☐ Doctor's Office Copayment
☐ Maternity* *(N/A in Arkansas and Oklahoma)*
☐ Accident Medical Expense: First Dollar Amount $ _____
☐ Life Insurance for Primary Insured: $ _____
  ☐ Life Insurance Spouse: $ _____
  ☐ Life Insurance Children
☐ Dental and Vision Card

The Dental and Vision Card is a discount program, not an insurance product.
Indicate any plan or coverage changes from original illustration, sign and initial.

## BILLING

9. ☐ Quarterly  ☐ Semi-Annual  ☐ Annual  ☒ Bank Draft (Complete attached form)  ☐ Existing Account # _____
   Send premium notices to:  ☒ Insured  ☐ Other (Print name, street number, city, state & zip)

## OTHER COVERAGE IN FORCE OR APPLIED FOR

10. Are any of the proposed insureds covered by, or has application been made for any type of medical insurance?
    ☒ Yes (Complete section below) ☐ No

| Proposed Insured's Name | Company Name | Company Phone Number | Group/Individual/COBRA | Type of Coverage | Effective Date | Termination Date |
|---|---|---|---|---|---|---|
| *American Republic* | *William Jarrett* | | *Ind.* | *Hosp/Surg* | *1998* | *upon approval* |

11. Were all proposed insureds covered under the prior plan listed above? ☒ Yes  ☐ No (If no, list those not covered)

12. Will this proposed coverage replace or change any existing health insurance? ............................ ☒ Yes  ☐ No

13. Are any of the proposed insureds covered by Medicaid? ............................................ ☐ Yes  ☒ No

14. Will any proposed insured become eligible for any other form of medical insurance in the next six months? ....... ☐ Yes  ☒ No

15. Have any of the proposed insureds ever been declined, postponed, charged an extra premium or had a portion
    of coverage excluded for life, disability, or medical insurance or had such coverage rescinded? ............... ☐ Yes  ☒ No
    If yes, give details

## HAZARDOUS ACTIVITIES & DRIVING

16. Have any of the proposed insureds ever participated in organized racing including but not limited to, automobile, motorcycle or
    powerboat racing or any of the following activities: skydiving, ultralight flying, scuba diving, hang gliding, rock or mountain
    climbing?  ☒ Yes  ☐ No

| If yes, indicate who and which activity | When/How Often | Do you plan continued participation? |
|---|---|---|
| *William      Drag Race* | *Quit 2001* | ☐ Yes  ☒ No |
| | | ☐ Yes  ☐ No |

17. Have any of the proposed insureds been cited for driving while intoxicated in the past 5 years or had 2 or more moving violations in
    the past 2 years?  ☐ Yes  ☒ No
    If yes, indicate type of violation. _____ Date/s _____

2

# HEALTH STATEMENT

**IMPORTANT! PLEASE GIVE COMPLETE DETAILS OF EACH YES ANSWER ON PAGE 5 "ADDITIONAL MEDICAL DETAILS".**

**WITHIN THE LAST 10 YEARS HAS ANY PROPOSED INSURED:**

**18. HAD ANY DIAGNOSIS OF, RECEIVED TREATMENT FOR, OR CONSULTED WITH A PHYSICIAN CONCERNING:**

|  |  | Yes | No |
|---|---|---|---|
| a) | The lungs or respiratory system including but not limited to hayfever or other allergies, sinus infections, asthma, bronchitis, tuberculosis, pneumonia or emphysema? | ☒ | ☐ |
| b) | The heart or circulatory system including but not limited to high blood pressure, heart attack, heart murmur, chest pain, irregular heartbeat, varicose veins, phlebitis or elevated cholesterol? (provide last blood pressure reading and cholesterol level if known) | ☐ | ☒ |
| c) | The digestive system including but not limited to ulcer, gastritis, heartburn, intestinal disorder, colitis, gallbladder, hemorrhoids, hernia, disorder of the pancreas, spleen, or liver including but not limited to, hepatitis, jaundice or cirrhosis? | ☒ | ☐ |
| d) | The nervous system including but not limited to epilepsy, seizures, unconsciousness, convulsions, vertigo, headaches, paralysis, multiple sclerosis, cerebral palsy, Parkinson's disease, stroke or mini-stroke, TIA or brain attack? | ☐ | ☒ |
| e) | Mental disease or nervous disorder including but not limited to any emotional disorder, anxiety, depression, attention deficit disorder, eating disorder, or psychiatric treatment or counseling? | ☐ | ☒ |
| f) | Congenital disorder, birth defects or developmental disorders including but not limited to Down Syndrome, mental retardation, autism, cleft palate, club foot, or congenital heart defects? | ☐ | ☒ |
| g) | The genitourinary system including but not limited to any kidney disorder, kidney stones, cystitis, prostatitis, bladder infections, or sexually transmitted disease? | ☐ | ☒ |
| h) | Diabetes, high or low blood sugar or any disorder of the thyroid gland or other glandular disorder? | ☐ | ☒ |
| i) | The muscular, skeletal or connective tissue disorder including but not limited to arthritis, lupus (SLE), temporomandibular joint disease (TMJ), any back or spine disorder or treatment of any muscular or neuromuscular disorder or any manipulation therapy? | ☐ | ☒ |
| j) | Blood or lymph disorders including but not limited to anemia or lymphadenopathy? | ☐ | ☒ |
| k) | Cancer? Provide location, type of cancer and treatment received | ☐ | ☒ |
| l) | Tumor, cyst or growth of any kind; any breast or skin disorders? Provide location, state if treated or removed and date | ☐ | ☒ |
| m) | Any disorder of the eyes, ears, (including ear infections or ear tubes), nose or throat. Tonsils or adenoids, any speech or hearing impairment? | ☐ | ☒ |
| n) | 1. Any disorder of the reproductive organs, including but not limited to disorders of the penis, testes, vagina, ovaries and cervix, uterus, diagnosed or treated for infertility or irregular menstruation? | ☐ | ☒ |
|  | 2. To the best of your knowledge, are you, your spouse or any dependent now pregnant? | ☐ | ☒ |
|  | 3. Is any person not named on this enrollment form now pregnant by any  person to be insured? | ☐ | ☒ |

**IF EITHER N-2 OR N-3 IS ANSWERED YES, MEDICAL COVERAGE CANNOT BE ISSUED.**

| QUESTIONS 4-6 FOR FEMALE APPLICANTS |  |  |
|---|---|---|
| 4. Complications of pregnancy, including but not limited to caesarean section delivery or miscarriage? | ☐ | ☒ |
| 5. DATE OF LAST PAP SMEAR _10-03_  RESULTS _Normal_ |  |  |
| 6. Have you been instructed to have a repeat pap smear or any follow-up treatment or tests as a result of your last pap smear? | ☐ | ☒ |

| 19. | Been diagnosed as having or been treated for Acquired Immune Deficiency Syndrome (AIDS) by a member of the medical profession? | ☐ | ☒ |
|---|---|---|---|
| 20. | Been diagnosed as having or been treated for any immune deficiency disorder by a member of the medical profession? | ☐ | ☒ |
| 21. | Experienced any of the following: Signs and symptoms of an immune deficiency disorder may include lymphadenopathy (swollen lymph nodes), loss of appetite, weight loss, chronic fatigue, fever, oral thrush, skin rashes, unexplained infections, dementia, depression, or other psychoneurotic disorders with no known cause? | ☐ | ☒ |
| 22. | Had surgery or has diagnostic testing, treatment or surgery been recommended or scheduled that has not been completed? | ☐ | ☒ |
| 23. | Does any person have any fixation/prosthetic devices present including but not limited to plates, screws, pins, implants (including breast implants), shunts, pacemakers or valve replacements? | ☐ | ☒ |
| 24. | Had an electrocardiogram, chest x-ray, or blood test or any other diagnostic testing of any kind or been hospital confined in the past 10 years? If yes, give name of physician or hospital and results. | ☐ | ☒ |
| 25. | Been a member of Alcoholics Anonymous or had any treatment, including but not limited to, counseling for alcoholism or alcohol abuse or been advised by a physician to discontinue or decrease alcohol consumption? | ☐ | ☒ |
| 26. | Used sedatives, tranquilizers, cocaine or other hallucinogenic or narcotic drugs, or received treatment for drug abuse or chemical dependency? | ☐ | ☒ |
| 27. | To the best of your knowledge, does any person to be insured have any mental or physical impairment, disease or deformity not indicated above? | ☐ | ☒ |



## HEALTH STATEMENT (continued)

**IMPORTANT! PLEASE GIVE COMPLETE DETAILS OF EACH YES ANSWER ON PAGE 5 "ADDITIONAL MEDICAL DETAILS".**

Yes   No

28. Have you or your spouse (if to be insured) smoked cigarettes or used tobacco in any form or nicotine substitute within the past year?..................................................................................................   Primary Proposed Ins. ☐ ☑

Spouse ☐ ☐

28a. Have you or your spouse EVER smoked cigarettes or used tobacco products? If yes, indicate who, amount per day and year quit. _Wicky - 71 - Quit 74  1/3 pk a day_ ...  ☑ ☐

29. Is any proposed insured currently taking or taken within the past 3 months, any medication or receiving medical treatment of any kind? Provide details of treatment including name and dosage of all medications..........................................   ☑ ☐

## REQUESTING THE REMOVAL OF A SPECIAL CLASS PREMIUM OR RIDER

30. Has there been any medical treatment for, or have you consulted with a physician concerning the condition(s) which has been ridered or rated since the covered person's effective date? ☐ Yes ☒ No    If yes, provide details_____

_____

## REGULAR PHYSICIAN

31. Regular physician or medical practitioner for each proposed insured: (If none, provide last doctor seen, date, reason & results)

Primary Proposed Insured's Physician _Dr. Gill D.        600 N. Main St._

Address _(217) 824-8191        Taylorville, IL. 62568_

Date Last Seen _1998_ Reason & Results _Physical —  Fine_

Spouse's Physician _Dr. Younkin J.        (217) 545-5117_

Address _415 N. 9th St        Springfield, IL. 62702_

Date Last Seen _10/03_ Reason & Results _Physical —    Normal_

Child's Name_____ Physician_____

Address_____

Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____

Address_____

Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____

Address_____

Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____

Address_____

Date Last Seen_____ Reason & Results_____

4

## ADDITIONAL MEDICAL DETAILS

(Attach a separate sheet if additional space is needed. Date and sign any additional sheet.)

| Person / Condition | Provide dates, type of treatment, and results. | Name of Doctor or Hospital and Complete Address and Phone Number. |
|---|---|---|
| **Vicky** — Question No. **18A** — Condition: ▓▓▓ | 2-04    Amoxicillen<br>1-03  2 x a day for 10 days<br>1-02    Zyrtec<br>1 x a day for 10 days | Dr. Keil<br>600 N. main St.<br>Taylorville, IL 62568<br>(217) 824-8191 |
| **Vicky** — Question No. **18C** — Condition: ▓▓▓ | 4-99   Hysomine<br><br>1 x a day<br>on going | Dr. Younkin<br>415 N. 9th St.<br>Ste 600<br>Springfield, IL 62702<br>(217) 545-5117 |
| **Vicky** — Question No. **29** — Condition: ▓▓▓ | See above 18c | See above 18c |
| Person — Question No. — Condition: | | |
| Person — Question No. — Condition: | | |
| Person — Question No. — Condition: | | |
| Person — Question No. — Condition: | | |
| Person — Question No. — Condition: | | |
| Person — Question No. — Condition: | | |
| Person — Question No. — Condition: | | |

I represent to the best of my knowledge and belief, that all statements and answers on this enrollment form are complete and true. The enrollment form and any amendments shall be the basis for the contract. I also agree that:

Except as otherwise provided in the Conditional Receipt, the insurance, if approved by Fortis Insurance Company, will be in force only when issued by Fortis Insurance Company. The first full premium must be paid. Coverage will become effective on the later of: A) The date of the enrollment form; B) The requested Effective Date. A change in the health of the proposed insured(s) after the completion of the enrollment form and before the delivery of the contract may affect my eligibility for insurance with the company. The contract may only be effective prior to the contract delivery subject to the terms of the Conditional Receipt.

In order to determine my (our) eligibility for insurance, I authorize any licensed physician; medical practitioner; hospital; clinic; any medically related facility; insurance company; the Medical Information Bureau; employer; or consumer reporting agency to give to Fortis Insurance Company (or to any consumer reporting agency authorized by Fortis Insurance Company) any information regarding me or my family as to employment, other insurance coverage, personal information, and medical care, advice or treatment.

I agree that a photographic copy of this authorization shall be valid for two years from the date signed.

I acknowledge receiving the Fair Credit Reporting Act Pre-Notification, the notification regarding the Medical Information Bureau, the Abbreviated Notice of Insurance Information Practices and the Outline of Coverage for Health Insurance, if required.

We, the undersigned Proposed Insured(s) and agent acknowledge that the Proposed Insured(s) has read the completed enrollment form. We understand and acknowledge that any fraudulent statement or material misrepresentation on the enrollment form and/or any amendments may result in claim denial or contract rescission, subject to the time limit on certain defenses or incontestability provisions of the contract.

_____
Signature of Primary Proposed Insured

_____ 12-10-04 _____ 10:50 ☒ A.M. ☐ P.M. _ Taylorville   IL _
DATE SIGNED        TIME SIGNED        CITY & STATE

_____
Signature of Spouse or Other Insured
(If proposed to be insured)

_____
Signature(s) of Other Dependents 18 or Over
(If proposed to be insured)

_____
Guardian's Signature

Requested Effective Date _January 15, 05_

Premium Amount Sent $ _VOID CK_

One Time Processing Fee Sent* $ _20.00_
*N/A in all states

Conditional Receipt Taken?   ☐ Yes   ☒ No

| ATTENTION: (Agent) |
| --- |
| I have reviewed this enrollment form to ensure that all required items have been completed. |
| To the best of my knowledge there is ☒, is not ☐ a replacement of Medical Insurance involved in this transaction. |
| Are you aware of any mental or physical impairment, disease or deformity of any proposed insured which is not disclosed on the enrollment form? ☐ Yes ☒ No |
| If yes, please explain_____ |
| _Debra Loveless_ |
| Licensed Resident Agent's Signature |
| _Debra Loveless    27608_ |
| Print Agent Name & Agent Number or Business Number |
| _DL_ _____ Initial here if you witnessed the signing of this form by the Proposed Insured(s). |

6

## Fortis Insurance Company Authorization for Check-O-Matic Billing

**Choose the following option that applies:**

☒ To begin Check-O-Matic withdrawals

☐ To add this policy to an existing Check-O-Matic account with Fortis Insurance Company.
Note: Please provide the existing Check-O-Matic number and/or associated policy number.

Existing COM Number _____

Associated Policy Number _____ PL

**Desired withdrawal day:** (1-28) _15_ _15_
Note: We recommend a withdrawal date equal to or within 5 days of your policy issue day.

**ACCOUNT INFORMATION:** Complete only if different than information on check:

**PAYOR'S BILLING ADDRESS**

Payor's Name _____

Address _____

City _____ State _____ ZIP _____

I (we) hereby authorize Fortis Insurance Company, hereinafter called COMPANY, to initiate debit entries to the account indicated below and the depository named below, herein after called DEPOSITORY, to debit the same to such account.

This authority is to remain in full force and effect until COMPANY and DEPOSITORY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

_____     12/14/04
(Signature of Payor)                              (Date Signed)



Bill's Safety & Automotive  06-02
Bill Jarrett
Ph. 217-294-9113
306 South Spresser
Taylorville, IL 62568                    70-1515-711          3286

PAY TO THE
ORDER OF _____  $ _____

_____ DOLLARS

TAYLORVILLE, IL 62568

FOR _____

## Health Advocates Alliance Membership Application

**USAA customers are not required to complete this section.**

Health Advocates Alliance is a membership organization that promotes good health among its members and their communities. Membership in the Alliance is required in order to be eligible for health insurance coverage. Membership privileges include the right to participate in all programs offered or sponsored by the Association. For additional information and benefits provided by the Association please see the Health Advocates Alliance Brochure, Form JI-1033.

I hereby request enrollment in the Health Advocates Alliance. I understand that nominal dues are required for membership in the Association; if participating in a sponsored insurance program, then my annual dues may be collected in installments along with my insurance premiums. I also understand that membership dues are non-refundable, and my failure to remit membership dues will result in loss of eligibility to participate in any of the Association sponsored programs or benefits.

_William L. Jarrett_
Member Name (please print)

_____     12/10/04
Member Signature                               Date

Form 28594                                    7

### *** IMPORTANT ***

**NEW HIPAA Regulation:** Please have your client sign this form along with the completed application/enrollment form. If we do not receive this signed form, the underwriting process could be delayed.

**Underwriting Authorization**



FORTIS

Solid partners, flexible solutions℠

Name of Proposed Insured(s): *William L. Jarrett*

*Vivian M. Jarrett*

Address: *125 Walnut P.O. Box 922*

*Kincaid, IL. 62540*

I hereby authorize any health care provider or medically related facility, pharmacy or pharmacy related facility, the Medical Information Bureau, Inc., consumer reporting agency, insurance or reinsurance company or employer having information about me or my minor children to provide all such information as may be requested to Fortis Health, its legal representative or any medical records retrieval service Fortis Health may engage, including, but not limited to, EMSI.

This authorization includes any and all information you may have about me, including, but not limited to, information regarding diagnosis, testing, treatment and prognosis of my physical or mental condition as well as alcohol abuse treatment, drug abuse treatment, psychiatric treatment, pharmacy prescriptions, HIV testing and treatment, STD testing and treatment, sickle cell testing and treatment, lab data and EKG's. This information may also be disclosed to any medical records company engaged by Fortis Health, including but not limited to EMSI and its agents. Although federal regulations require that we inform you of the potential that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer be protected by such regulation, all information received by Fortis Health pursuant to this authorization will be protected by federal and state privacy laws and regulations. A copy of this authorization will be valid as an original.

I understand that this authorization is required in order to enable Fortis Health to make eligibility or enrollment determinations relating to me and/or my minor children or for Fortis Health's underwriting or risk rating determinations. If I refuse to sign or revoke this authorization, Fortis Health may refuse to consider my application for enrollment.

I understand that I may revoke this authorization at any time by notifying Fortis Health in writing of my desire to revoke. Such revocation must be sent by certified mail to the following address: Privacy Office, Fortis Health, P.O. Box 3050, 501 West Michigan, Milwaukee, WI 53201-3050. Such revocation will not be valid if Fortis Health has taken action in reliance on the authorization.

Unless an earlier date is required by law, this authorization expires upon the earliest of the following events: denial of my application, declination of enrollment, or, if insured, when I am no longer an insured of Fortis Health.

_____     12-10-04
Signature of Primary Proposed Insured or representative*     Date

X _____     12-10-04
Signature of Spouse or Other Proposed Insured(s) or representative*     Date

_____     _____
Signature of Other Dependents 18 or over (if proposed to be insured)     Date

* If you are the individual's representative and are not the parent or legal guardian of a minor, you must attach documentary evidence of your authority to act as the individuals representative for this authorization to be valid.

**PLEASE RETAIN A COPY FOR YOUR RECORDS**

Form 28291

**E-FILED**
Thursday, 06 July, 2006  02:08:40 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# "B"

CERTIFICATE HOLDER:  William L Jarrett
CERTIFICATE NUMBER:  0058353015
Our Telephone Number: 1-800-800-1212

**FORTIS INSURANCE COMPANY**
501 West Michigan
Milwaukee, WI 53203
A Stock Company



**FORTIS**
Solid partners, flexible solutions™

# MEDICAL CERTIFICATE

Fortis Insurance Company has issued a Master Group Policy to the association to insure the Certificate Holder and Covered Dependents named on the Schedule or added by endorsement. This certificate describes the benefits available under the Master Group Policy. However, this certificate is not a legal contract. You may review the Master Group Policy at our office.

Please note that words beginning with capitals have special definitions. See the Definitions section.

Your rates will not change during the first 12 months this certificate is in force unless you change benefits, add or delete Covered Dependents, or move to another ZIP code.

## RIGHT TO EXAMINE FOR TEN DAYS

Please read your certificate carefully. If you are not satisfied, return the certificate to us or our agent within 10 days after you have received it. All premiums will be refunded and your coverage will be void.

This certificate was issued based on the information you gave us on your enrollment form. Omissions or misstatements in the enrollment form can cause claims to be denied or coverage to be rescinded. Please read the enclosed copy of your enrollment form. If any information shown is incorrect, incomplete, or if anything is missing, write to us within 10 days.

**WARNING, LIMITED BENEFITS WILL BE PAID WHEN OUT-OF-NETWORK PROVIDERS ARE USED.** You should be aware that when you elect to utilize the services of an out-of-network provider for a covered service in non-emergency situations, benefit payments to such out-of-network providers are not based upon the amount billed. The basis of your benefit payment will be determined according to your certificate's fee schedule, usual and customary charge (which is determined by comparing charges for similar services adjusted to the geographical area where the services are performed), or other method as defined by the certificate. YOU CAN EXPECT TO PAY MORE THAN THE COINSURANCE AMOUNT DEFINED IN THE CERTIFICATE AFTER THE PLAN HAS PAID ITS REQUIRED PORTION. Out-of-network providers may bill members for any amount up to the billed charge after the plan has paid its portion of the bill. Network providers have agreed to accept discounted payments for services with no additional billing to the member other than co-insurance and deductible amounts. You may obtain further information about the network status of professional providers and information on out-of-pocket expenses by calling the toll free telephone number on your identification card.

Secretary                              President

**FORM 244.001.IL**            Page 1            **MEDICAL CERTIFICATE**

# FORTIS INSURANCE COMPANY

### SCHEDULE

Cert Holder: William L Jarrett

SSN: ███████

Type of Plan: Family Plan

Certificate Number: 0058353015

Effective Date: 01/15/2005

Benefits will be paid for Covered Charges you incur while your coverage is in force. Payment of benefits will be subject to all benefit provisions and other conditions of this plan. After you have paid any Deductible or Copayment, we will pay benefits for Covered Charges at the Rate of Payment up to the Out-of-Pocket Limit and subject to the Calendar Year and Lifetime Maximum Benefit.

For most services the Rate of Payment for a network provider is more than the Rate of Payment for an out-of-network provider. However, if you receive Emergency Treatment from an out-of-network provider when You cannot reasonably reach a network provider, benefits will be paid as if received from a network provider. In these cases, after the insured's condition is stabilized, We reserve the right to condition payment of subsequent charges at the network Rate of Payment upon transfer to a network facility. A network provider is any Health Care Provider or Hospital participating in the network provider plan. The list of network providers is subject to change. You are responsible for calling the network manager to verify the participation status of a provider prior to treatment. Covered Charges incurred after a provider's participation in the network provider plan has terminated will be subject to the normal provisions of this plan, including medical Deductible and out-of-network Rate of Payment.

See the Covered Medical Services and the Covered Prescription Drug Services sections for any limits that apply to benefits.

(Schedule continues on next page.)

| | |
|---|---|
| Calendar Year Maximum Benefit for each Insured | $250,000 |
| Lifetime Maximum Benefit for each Insured | $2,000,000 |

Medical Deductible
Individual medical Deductible each calendar year (January 1–December 31)    $   2,500
Maximum family medical Deductible each *calendar year*    $   7,500

Medical Out–of–Network Deductible (In addition to the plan Deductible)
Individual medical out–of–network Deductible each calendar year (Jan 1–Dec 31) $   1,000
Maximum family medical out–of–network Deductible each calendar year    $   3,000

Rate of Payment (unless listed elsewhere on this schedule)      Network    75%
Out–of–Network    55%

Medical Out–of–Pocket Limits
Individual Out–of–Pocket each *calendar year*    $   5,500
Family Out–of–Pocket each *calendar year*    $   13,500

Medical Out–of–Network Out–of–Pocket Limits
Individual Out–of–Pocket each *calendar year*    $   10,500
Family Out–of–Pocket each *calendar year*    $   23,500

## Covered Services

Outpatient Services
$ 10,000 Maximum Benefit per Calendar Year for each Insured

Ambulance Servcies
$1000 maximum per trip, limited to one trip per Calendar Year

Physical, Speech and Occupational Therapy
$50 maximum per visit, limited to 2 visits per Calendar Year

Emergency Room
$   75 Access Fee per emergency room visit. Charges subject to Deductible and Rate of Payment after Access Fee.

Rehabilitation Services
$100 maximum per day, limited to      50 Inpatient days per Calendar Year

## Prescription Drugs
Prescription Drug Calendar Year Maximum Benefit for each Insured    $250,000

Brand Name Prescription Drug Deductible
Individual Brand Name Prescription Deductible each calendar year    $   500
Maximum family Brand Name Prescription Deductible each calendar year    $   1,000

Generic Prescription Drug Deductible    $   0

Generic Drugs
$   15 Copayment;    100% Rate of Payment after Copayment
$   30 Mail Order Prescription Drugs Copayment;    100% Rate of Payment after Copayment

Brand Name Drugs
$   25 Copayment;    50% Rate of Payment after Copayment
$   65 Mail Order Prescription Drugs Copayment;    50% Rate of Payment after Copayment

## COVERED DEPENDENTS

Vivian M Jarrett          12/02/1952

# Table of Contents

Schedule . . . . . . . . . . . . . . . . . . . . .   **PAGE 3**
Definitions . . . . . . . . . . . . . . . . . . . .   **PAGE 5**
When Your Coverage Begins and Ends . . . . . . . . . . .   **PAGE 9**
Health Care Review . . . . . . . . . . . . . . . .   PAGE 11
How to File a Claim for Benefits . . . . . . . . . . . .   PAGE 12
Covered Medical Services . . . . . . . . . . . . . .   PAGE 13
Covered Prescription Drug Services . . . . . . . . . . .   PAGE 17
Pre-existing Conditions Limitation . . . . . . . . . . .   **PAGE 19**
Exclusions . . . . . . . . . . . . . . . . . . . .   **PAGE 19**
Coordination of Benefits . . . . . . . . . . . . . .   PAGE 21
Other Provisions . . . . . . . . . . . . . . . . .   **PAGE 23**

# BENEFIT SCHEDULE

| FORM | BENEFIT DESCRIPTION |
|------|--------------------|
| 244-1L | Medical Expense Coverage |

# Definitions

The capitalized terms used in this certificate are defined below. However, "we," "our," "us," "you" and "your" are defined but not capitalized. Just because a term is defined does not mean it is covered. See the Covered Medical Services, Covered Prescription Drug Services and Exclusions sections.

**Access Fee**
The dollar amount you pay each time you receive a certain covered service. This amount will not be applied to any Out-of-Pocket Limit or Deductible. Covered Charges are subject to Deductible and Rate of Payment even when an Access Fee is applied.

**Calendar Year Maximum Benefit**
The maximum amount we will pay for Covered Charges incurred by an Insured in any one calendar year while this coverage is in force.

**Common Accident Deductible**
If more than one Insured is injured in the same accident, only one individual medical Deductible must be met for all Covered Charges for that accident within 90 days of the accident.

**Copayment**
The dollar amount you pay each time you receive a covered service. This amount will not be applied to any Out-of-Pocket Limit or Deductible.

**Covered Charges**
An allowable charge for treatment that we determine is:

- provided by a Health Care Practitioner, facility or supplier,
- Medically Necessary,
- incurred by an Insured for an Illness or Injury,
- listed in the Covered Medical Services or Covered Prescription Drug Services sections, and
- not listed in the Exclusions section.

We will determine how much of a Covered Charge is allowable using the following:

- the actual charge;
- relative value scales which include difficulty, work risk and materials used;
- regional geographic factors for your area or a comparable area; and
- the rate we negotiate with the provider of service.

Treatment is the medical or surgical management of a patient. Treatment includes any prescribed service, supply, test, consultation, advice or Prescription Drug.

**Covered Dependent**
The Certificate Holder's lawful spouse; or child who is age 18 or less and either a natural child, a child legally adopted or placed for adoption, or a stepchild.

- If an unmarried child is age 23 or less, the child will be considered a Covered Dependent if you submit proof that the child meets the standards for a full-time student at an accredited educational institution. The student will be considered a Covered Dependent until the student is no longer a full-time student, graduates, attains age 24, or marries, whichever occurs first.
- An unmarried child of the Certificate Holder who is Totally Disabled will be considered a Covered Dependent. The child must depend upon the Certificate Holder for financial support or upon other care providers for lifetime care and supervision.

As used here, "depend upon other care providers" means requiring residential services licensed or certified by the State of Illinois. Proof of support must be given to us no later than 31 days after we notify you of this option. Additional proof may be requested annually.

If children only are covered, siblings of the Certificate Holder will be considered Covered Dependents if they meet the above rquirements.

| | |
|---|---|
| **Custodial Care** | Services that |

- do not contribute substantially to the improvement of a medical condition according to accepted medical standards;
- are provided primarily to assist with daily living activities; and
- are supportive or primarily for the purpose of providing companionship or ensuring safety.

| | |
|---|---|
| **Deductible** | The amount of Covered Charges you must pay each calendar year before we pay benefits. Once three or more Insureds have collectively met the maximum family medical Deductible, no additional Deductible will be taken during the calendar year. |
| **Emergency Treatment** | Treatment for an Illness or Injury which presents symptoms of sufficient severity that, in the absence of immediate medical attention, a prudent person would expect serious jeopardy to health, serious impairment to bodily functions, or serious dysfunction of any bodily organ or part. |
| **Experimental or Investigational Services** | Treatment that, at the time the charges were incurred, we determine was: |

- not proven to be of benefit for the diagnosis or treatment of the Illness or Injury; or
- not generally used or recognized by the United States medical community as safe, effective, or appropriate for the Illness or Injury; or
- in the research or investigational stage; or
- not generally accepted throughout the United States as we determine by reference to English language peer review literature, consultation with physicians, authoritative medical compendia, the American Medical Association, and other pertinent professional medical organizations or governmental agencies.

| | |
|---|---|
| **Health Care Practitioner** | Any person who is state-licensed to treat the Illness or Injury for which a claim is made. |
| **Hospital** | A state-licensed facility accredited by the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) that is not primarily a nursing home, convalescent home, a place for the aged, or for Custodial Care. |
| **Illness** | A sickness, disease or condition that first manifests itself while covered under this plan. |
| **Injury** | Accidental bodily damage, occurring unexpectedly and unintentionally, and sustained while covered under this plan. |
| **Inpatient** | Admitted to a Hospital or other state-licensed facility for a stay of at least 24 hours and where a charge is made for room and board or observation. |
| **Insured** | Any person named on the Schedule or added by endorsement. |
| **Lifetime Maximum Benefit** | The maximum we will pay for Covered Charges incurred by an Insured while covered under this plan or any other plan we have issued over the lifetime of that person. |

| | |
|---|---|
| **Master Group Policy** | The policy which is issued to the association. |
| **Medically Necessary** | Treatment that we determine: |

- is appropriate and consistent with the diagnosis and is in accordance with accepted United States medical practice and federal government guidelines;

- can reasonably be expected to contribute substantially to the improvement of a condition resulting from an Illness or Injury;

- is not for Experimental or Investigational Services;

- is provided in the least intense setting without adversely affecting the condition or the quality of medical care provided; and

- is not primarily for the convenience of you, your family, your Health Care Practitioner, or provider.

Prescription by a Health Care Practitioner does not automatically make treatment Medically Necessary.

| | |
|---|---|
| **Mental Illness** | All conditions classified as mental disorders as shown in the International Classification of Diseases (ICD). |
| **Morbid Obesity** | At least two times normal body weight or a body mass index of 40 or more. |
| **Out-of-Pocket Limits** | The maximum dollar amount you pay each calendar year in Deductible and coinsurance for Covered Charges before we pay 100% of Covered Charges. Once two or more Insureds have collectively met the maximum family Out-of-Pocket limits, we will pay 100% of Covered Charges for all Insureds. |
| | The following do not count toward any Out-of-Pocket Limit: any Access Fee, any Copayment, any Prescription Drug Deductible, Ancillary Charge, or coinsurance; any penalty applied under the Health Care Review section; and any amount not paid by us due to the difference between the out-of-network benefit and the benefit that would have applied had you used a network provider or pharmacy. |
| **Outpatient** | Services, supplies or treatment received at a Hospital or other licensed medical facility for a stay of less than 24 hours on other than an Inpatient basis. |
| **Prescription Drug** | Any medication that has been fully approved by the Food and Drug Administration (FDA) and that can be legally dispensed only with a Health Care Practitioner's prescription. |
| **Rate of Payment** | The percentage of Covered Charges we will pay. You are responsible for any balance (coinsurance). |
| **Rehabilitation Services** | Acute services provided while confined in a Hospital, a state-licensed rehabilitation facility accredited by the Commission on Accreditation of Rehabilitation Facilities (CARF), or a residential treatment facility that is part of an accredited rehabilitation program. |
| **Serious Mental Illness** | Psychiatric illnesses as defined in the most current edition of the Diagnostic and Statistical Manual (DSM) published by the American Psychiatric Association. Serious Mental Illness include: (a) schizophrenia; (b) paranoid and other psychotic disorders; (c) bipolar disorders (hypomanic, manic, depressive, and mixed); (d) major depressive disorders (single episode or recurrent); (e) schizoaffective disorders (bipolar or depressive); (f) pervasive developmental disorders; (g) obsessive-compulsive disorders; (h) depression in childhood and adolescence; and (i) panic disorder. |

| | |
|---|---|
| **Substance Abuse** | Abuse of, addiction to or dependency on drugs, chemicals or alcohol. |
| **Total Disability** | You are being treated and under the regular care of a Health Care Practitioner for a specific condition and because of that Illness or Injury: |

- are unable to perform all of the essential duties of any occupation you are reasonably fitted for by education, training or experience; or

- you are unable to engage in the normal and customary activities of a person of the same age and sex if you are not employed.

| | |
|---|---|
| **We, Us, Our** | Fortis Insurance Company. |
| **You, Your** | Any person named on the Schedule or added by endorsement. |

# When Your Coverage Begins and Ends

**Eligibility and Effective Date**
To be insured under this plan, the Certificate Holder must be a member of the association and a resident of the state where the certificate is issued. The Insured must complete an enrollment form and a health assessment upon enrollment. You are covered under this plan as of 12:01 a.m. standard time at your residence on the effective date of your certificate or the endorsement date if Covered Dependents are added.

1. **Adding Newborn and Adopted Children:**  A newborn or adopted child will be covered if the child is a Covered Dependent, written enrollment is made to Us, and We receive any required premium within 31 days of birth or adoption.

   If this is an individual plan and these requirements are not met, the child will not be covered from birth or adoption. However, if this is a family plan, the child will be covered for the first 31 days from birth or adoption.

2. **Adding Any Other Eligible Dependent:**  To add any other Covered Dependent, written enrollment with evidence of insurability must be submitted for our approval along with any required premium.

**Termination**
The Certificate Holder may cancel this coverage at any time by sending us written notice. Upon cancellation, we will promptly return the unearned portion of any premium paid.

This certificate will terminate at 12:01 a.m. standard time at the Certificate Holder's residence on the date:

- requested in writing or the date We receive the request, whichever is later;

- on which no further premium is received;

- there is fraud or material misrepresentation made by or with the knowledge of any Insured applying for this coverage or filing a claim for benefits;

- all certificates with the same form number are non-renewed or cancelled in the state in which Your certificate was issued or the state in which You presently reside;

- You move outside of the service area, if You have a PPO plan;

- You become eligible for Medicare, if allowed by federal law; or

- You are no longer a Covered Dependent.

We will pay benefits to the end of the time for which we have accepted premiums.

**Conversion**
A Covered Dependent who is no longer eligible for coverage under this plan can obtain a conversion policy without evidence of insurability.   Written application, signed by one of our licensed agents, must be made within 60 days after the Covered Dependent's coverage terminates.

**Reinstatement**
If any premium is not paid within the time required, your coverage will lapse. We will reinstate your coverage, provided:

- the lapse was not more than 6 months,

- your supplemental enrollment form is furnished to us, and

- we approve your request for reinstatement.

Your coverage will be reinstated on the date we approve the request. If we have not responded to the reinstatement request by the 45th day after it is received by us, your coverage will be reinstated on that date.

After your coverage is reinstated, you and Fortis Insurance Company will have the same rights as existed before your coverage lapsed.

No benefits will be paid for any condition not fully disclosed on the enrollment form for reinstatement if, during the time between the lapse date and the reinstatement date:

- you received medical treatment, diagnosis, consultation, or service, or took Prescription Drugs;

- or the condition produced symptoms or was capable of being diagnosed.

This limitation will apply until coverage has been in force for 12 months after the reinstatement date, unless the condition has been specifically excluded from coverage.

**Extension of Benefits During Total Disability**
If you are Totally Disabled on the date this coverage terminates, we will extend benefits for the Illness or Injury that caused the Total Disability. We will pay benefits subject to the terms, limits and conditions of this plan. Premium payment will not be required during the extension of benefits period.

You will need to submit medical documentation verifying your Total Disability within 60 days of termination. The extension will end when you are no longer totally disabled, or at the end of a 365 day period after the date your insurance terminates, whichever occurs first.

**Renewal**
This Certificate is renewed on each premium due date while coverage is in effect.

**Modification of Your Coverage**
The Master Group Policy may be changed at any time. We will give the association 30 days notice prior to any change. In addition, at renewal, We may uniformly modify benefits for all certificates with Your plan of coverage. You will receive an amendment to Your certificate showing any change.

# Health Care Review

When you need Inpatient treatment or Outpatient surgery, call the toll free number on your identification (ID) card. We will review the proposed medical care with you or your provider to determine the appropriateness of treatment and to assist you with discharge needs. We will notify you and your Health Care Practitioner of the review outcome. For an Inpatient stay, we will also notify the Hospital.

Contact us for the following:

- **Nonemergency Confinement:** Call at least 7 days prior to an Inpatient Hospital stay. A nonemergency confinement is an Inpatient stay for an illness or injury that is not immediately life-threatening but is Medically Necessary.

- **Emergency Confinement:** Call within 24 hours, or as soon as reasonably possible, after an Inpatient admission for Emergency Treatment.

- **Emergency Confinement in Non-network Hospital or Facility:** If You or a Covered Dependent are admitted to a Non-network facility because of an emergency, follow the instructions above for Emergency Confinement. In these cases, after the insured's condition is stabilized, We reserve the right to condition payment of subsequent charges at the network Rate of Payment upon transfer to a network facility.

- **Maternity:** Call within the first 12 weeks of confirmation of a pregnancy by a Health Care Practitioner.

- **Organ or Cellular Transplant:** Call prior to any transplant evaluation, testing, preparative treatment or donor search.

- **Outpatient Procedures:** Call at least 7 days prior to a scheduled Outpatient procedure.

- **Durable Medical Equipment**

- **Inpatient Rehabilitation Services**

- **Skilled Nursing Facility Confinement**

- **Hospice Care**

- **Parenteral (intravenous infusion) Therapy**

The review process must be repeated if treatment is received more than 30 days after the review or if a new Health Care Practitioner or facility is used.

The Health Care Review requirements above are included to assist you in obtaining the most appropriate health care. If these guidelines are not followed, your benefits will be reduced by 25% to a maximum of $1,000 for any service requiring Health Care Review.

**Health Care Review is not the same as "verification of benefits" and does not guarantee that benefits will be paid. Health Care Review addresses only the Medical Necessity and appropriateness of the care to be received. Payment of benefits is subject to all the terms, limits, and conditions of this plan.**

# How to File a Claim for Benefits

Most providers will file claims directly with us. You are responsible for filing your claim with us only if the provider does not file it. The following provisions tell you how to file your claims with us.

Notify us in writing within 60 days after receiving a covered service or as soon as reasonably possible. Include your name and certificate number. Sending us a bill satisfies this requirement.

If you are sending bills directly to us please send an itemized bill and not a balance due statement. Include your certificate number or Social Security number.

Unless you are declared incompetent by a court of law, bills must be sent to us within 15 months of the date of loss. To determine our liability, we may request that you furnish proof of benefits from other sources, proof that you have applied for all benefits from other sources, and confirmation that you have furnished all necessary proof to receive them.

## Claim Forms
Upon receipt of a notice of claim, we will furnish you such forms as are usually furnished by us for filing proofs of loss. If such forms are not furnished within 15 days after the giving of such notice you will have complied with the requirements of this policy as to proof of loss upon submitting, within the time fixed in the policy for filing proofs of loss, written proof covering the occurence, the character and the extent of the loss for which claim is made.

## Claim Payment
We pay either you or your provider for covered services. Benefits will be paid within 30 days after receipt of due written proof of loss. You or the provider will be notified within 30 days after receipt of the claim for health care services if additional information is required. Any benefits not paid within these time limits shall entitle the payee to interest at the rate of 9% per year from the 30th day after receipt of such proof of loss to the date of payment. Interest amounting to less than one dollar will not be paid. Upon your death, we will pay benefits at our option to your spouse, the providers of the treatment or your estate.

## Fraud or Misrepresentation
No payments will be made for claims involving fraud or misrepresentation. If benefits are paid for a claim involving fraud or misrepresentation we will be entitled to a refund from you or the provider.

## Overpayment
We make every effort to pay claims promptly and correctly. However, if we make incorrect payments we will be entitled to a refund from you or the provider of the services.

# Covered Medical Services

Covered Medical Services include only Covered Charges for the services and supplies listed in this certificate. Charges are subject to all the terms, limits and conditions of this plan. After you have paid any Deductible or Copayment, we will pay benefits for Covered Charges at the Rate of Payment up to the Out-of-Pocket Limit and subject to the Calendar Year and Lifetime Maximum Benefit.

Preauthorization is required for some services to ensure maximum benefits. Please see the Health Care Review Section.

**Hospital Services** include:

- daily room and board up to the semi-private room rate;

- confinement in a critical care unit; and

- all other Inpatient or Outpatient treatment provided by a Hospital or Ambulatory Surgical Center, including charges incurred and anesthesia provided, in conjunction with dental care that is medically necessary for a child age 6 or under; an individual with a medical condition that requires hospitalization or general anesthesia for the dental care; or the individual is disabled. An Ambulatory Surgical Center is a state-licensed facility, other than a Hospital or Health Care Practitioner's office, providing surgical treatment.

Rehabilitation Services provided while confined in a Hospital are covered under the Rehabilitation Services Section.

**Health Care Practitioner Services** including surgery and anesthesia.

**X-ray and laboratory services,** subject to the Outpatient Calendar Year Maximum.

**Professional ground or air ambulance services** to the nearest Hospital that can provide Emergency Treatment for the Illness or Injury. Other types of transportation will not be covered.

**Supplies and durable medical equipment** for the lesser of the rental or purchase price. This coverage is limited to:

- basic prosthetic devices;

- splints, trusses, crutches and orthopaedic braces;

- oxygen and equipment for its administration;

- one standard non-motorized wheelchair and/or basic hospital bed;

- one newborn phototherapy light and/or one apnea monitor; and

- other durable medical equipment or supplies that we determine to be covered.

Repair, replacement or duplicates are not covered.

Durable medical equipment is equipment that can withstand repeated use and is used primarily to serve a medical purpose. It is generally not useful in the absence of an Illness or Injury, and is appropriate for use in the home.  Benefits are subject to the Outpatient Calendar Year Maximum.

**Hospice care services** provided in either an Inpatient or home setting. A state-licensed hospice must be Medicare certified and/or accredited by the Joint Commission on Accreditation of Healthcare Organization (JCAHO).

Hospice care includes two visits for counseling services for you and one visit for bereavement counseling for you after an Insured's death.

**Skilled nursing facility services** up to        30 days each calendar year. Covered services in a state-licensed skilled nursing facility include room and board, nursing and ancillary services. Subacute care provided in a Hospital or state-licensed subacute facility is covered under this provision.

**Rehabilitation Services** includes acute Rehabilitation Services provided while confined in a Hospital or Rehabilitation Facility. Rehabilitation services are no longer covered when we determine measurable progress toward expected otucomes is stabilized or is inconsistent.

**Physical, Speech & Occupational Therapy:** Outpatient physical, speech and occupational therapy services are limited to 2 visits each calendar year, with a maximum payment of $ 50. Benefits are subject to the Outpatient Calendar Year Maximum.

**Temporomandibular joint (TMJ) and craniomandibular joint (CMJ) dysfunction:** Benefits for surgical and nonsurgical treatment are limited to a maximum lifetime benefit of $ 1,000. Covered Charges for nonsurgical treatment are limited to diagnostic examinations, diagnostic x-rays, injection of muscle relaxants, therapeutic drug injections, physical therapy, diathermy and ultrasound therapy.

TMJ or CMJ is any jaw/joint disorder causing pain, swelling, clicking and difficulties in opening and closing the mouth; and complications including arthritis, dislocation and bite problems of the jaw.

**Transplantation Benefit:** No benefits will be paid for any organ, tissue or cellular transplants not reviewed by us prior to transplantation evaluation, testing or donor search.

Transplant benefits include all related expenses from 14 days before transplant until 365 days after transplant. The maximum benefit for potential donor and donor expenses for an individual that is not an insured is $ 10,000 for each transplant and is applied to the transplant benefit.

All transplant related claims continue to apply to the Calendar Year and Lifetime Maximum Benefit.

When generally accepted indications and standards for transplantation are met and all assessments required by the treating institution are successfully completed, Covered Charges include the following solid organ transplants and marrow reconstitution or support.

Solid Organ Transplants

- heart
- lung
- combined heart/lung
- combined kidney/pancreas
- liver (Candidates for liver transplantation must have abstained from alcohol for one year immediately prior to transplantation.)

Marrow Reconstitution or Support (often called Bone Marrow Transplant or Stem Cell Transplant) is a transplantation procedure in which human blood precursor cells are administered to a patient following myelosuppressive or ablative therapy. Such cells may be derived from bone marrow or circulating blood, obtained from the patient in an autologous harvest, or from a matched donor for an allogenic transplant. The marrow reconstitution and support procedure includes all chemotherapy, the harvesting, and the reinfusion of the marrow or blood precursor cells.

We will not pay for:

- multiple organ, tissue and cellular transplants during one operative session, except for a heart/lung, double lung or simultaneous kidney/pancreas transplant;
- any nonhuman (including animal or mechanical) organ transplant;
- transplants approved for a specific medical condition, but applied to another condition;
- the purchase price of an organ or tissue that is sold rather than donated; or
- any transplants not listed above.

**Wellness services** include services based on the published recommendations of the U.S. Preventive Services Task Force and are subject to change. Coverage herein includes:

- a baseline mammogram for women 35 to 39 years of age and an annual mammogram for women 40 year of age or older;

- an annual cervical smear or Pap smear;

- an annual digital rectal examination and a prostate specific antigen test upon recommendation of a Health Care Practitioner for asymptomatic men age 50 and over, African-American men age 40 and over, and men age 40 and over with a family history of prostate cancer;

- colorectal cancer screening as prescribed by a Health Care Practitioner, in accordance with the published American Cancer Society guidelines or other existing screening guidelines issued by nationally recognized professional medical societies or federal government agencies, including the National Cancer Institute, the Centers for Disease Control and Prevention, and the American College of Gastroenterology.

The maximum benefit payable for each calendar year is $   500.   All benefits are subject to the Outpatient Calendar Year Maximum. Benefits are available after You have been continuously insured under this plan for       12 months.

**Diabetic services** for type I, type II and gestational diabetes mellitus include

- Outpatient self-management training and education, including medical nutrition therapy, and

- 1 routine eye exam each calendar year, and

- Routine foot care exams.

Insulin, syringes and testing agents are covered under Covered Prescription Drug Services. Other equipment will be considered for coverage under the Supplies and durable medical equipment provision. Benefits are subject to the Outpatient Calendar Year Maximum.

**Injectable drugs** which require a written prescription are covered, except for insulin which is covered under Covered Prescription Drug Services. Benefits are subject to the Outpatient Calendar Year Maximum.

**Mastectomy Coverage** includes inpatient care following the surgery for a length of time determined by the Health Care Practitioner and a post-discharge physician office visit or in-home nurse visit to verify the condition of the patient in the first 48 hours after discharge.

**Reconstructive surgery after a mastectomy** includes:

- reconstruction of the breast on which the mastectomy was performed;

- surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- prosthesis and treatment for physical complications at all stages of mastectomy, including lymphedemas.

**Parenteral (intravenous infusion) therapy** includes total parenteral nutrition and other fluids, blood and blood products, and medications requiring a written prescription. Benefits are subject to the Outpatient Calendar Year Maximum.

**Dental injury:** Benefits are payable for an Injury resulting from an accidental blow to the mouth causing trauma to sound teeth, the gums or supporting structures of the teeth. A sound tooth has no decay and has never had a filling, root canal therapy or crown. The treatment must begin within 90 days of the Injury and be completed within 365 days of the Injury.

We will pay benefits for the least expensive procedure that will produce a professionally adequate result. You may submit the dental treatment plan in advance for an estimate of the benefits payable. Benefits are subject to the Outpatient Calendar Year Maximum.

**Serious Mental Illness:** Benefits are payable for Medically Necessary services and treatment of a Serious Mental Illness for 45 days of inpatient care and 35 visits for Outpatient care including group and individual sessions. Benefits are subject to all Deductibles, maximums, and other limitations of the plan.

**Coverage for Complications of Pregnancy:** Benefits are payable for conditions such as acute nephritis, hyperemesis gravidarum, pre-eclampsia, eclampsia, premature labor, placenta previa, cardiac decompensation, missed abortion, ectopic pregnancy which is terminated, spontaneous termination of pregnancy, non-elective caesarean section which occurs during a period of gestation in which a viable birth is not possible and similar medical and surgical conditions of comparable severity. In a Complicated pregnancy, prenatal care and normal delivery are not covered.

**Sterilization** is payable up to a maximum lifetime benefit of $  500 after you have been continuously insured under this plan for   365 days. Benefits are subject to the Outpatient Calendar Year Maximum.

**Removal of tonsils and adenoids** are payable after you have been continuously insured under this plan for 90 days except for Emergency Treatment. The 90 days will be waived if other health insurance with reasonably similar benefits was shown on the enrollment form and was in force until the effective date of this certificate. Other health insurance includes  our short term medical plan. Benefits are subject to the Outpatient Calendar Year Maximum.

**Surgical treatment for hernia (except strangulated or incarcerated), bunions, varicose veins and hemorrhoids** are payable after you have been continuously insured under this plan for 180 days except for Emergency Treatment. The 180 days will be waived if other health insurance with reasonably similar benefits was shown on the enrollment form and was in force until the effective date of this certificate. Other health insurance includes our short term medical plan. Benefits are subject to the Outpatient Calendar Year Maximum.

**World wide coverage** will be provided for any treatment received outside of the United States if such treatment is rendered and covered when provided in the United States.

**Prescription Drug Exclusions**

In addition to the Exclusions section, we will not pay benefits for any of the following:

- replacement of lost, stolen, destroyed or damaged prescriptions;

- drugs or devices used to treat infertility or to promote conception;

- immunization agents, biological sera, blood, blood plasma or its derivatives;

- drugs containing nicotine or its derivatives;

- injectable drugs which we do not authorize to be paid under this benefit;

- more than we determine is an average quantity of medication required to treat an immediate condition or symptom on an "as needed" basis;

- drugs obtained outside the United States for use inside the United States unless obtained for emergency treatment of a covered Illness or Injury;

- drug delivery implants; dosage forms used primarily for the convenience of the patient;

- Prescription drugs prescribed for a non-covered Illness or Injury;

- charges for sales tax, mailing, sending or delivering of Prescription drugs;

- Prescription drugs to treat Mental Illness, depression, anxiety or other psychiatric disorders when Mental Illness coverage is not in effect;

- over-the-counter medications that can be obtained without a prescription; drugs which we determine have an over-the-counter equivalent or contain the same active ingredient(s) as over-the-counter medication; or compounded medications not containing at least one legend ingredient.

# Pre-existing Conditions Limitation

We will not pay benefits for Covered Charges incurred due to a pre-existing condition until 12 months after Your effective date of coverage. After this 12-month period, benefits will be paid for a pre-existing condition on the same basis as any other condition unless the condition has been specifically excluded from coverage.

A pre-existing illness (condition) means any condition that was diagnosed or treated (to include the taking of prescription drugs) by a Physician within 24 months prior to the effective date of coverage, or produced symptoms within 12 months prior to the effective date of coverage that would have caused an ordinarily prudent person to seek medical diagnosis or treatment.

# Exclusions

We will not pay benefits for any of the following:

- Illness or Injury eligible for benefits under Worker's Compensation, Employers' Liability or similar laws even when you do not file a claim for benefits.

- Illness or Injury caused by or resulting from:
    - war or act of war (declared or undeclared),
    - active duty in the military service of any country,
    - commission of a felony, crime or illegal act,
    - participation in a riot,
    - an Insured over age 19 being under the influence of illegal narcotics or non-prescribed controlled substances, or
    - attempted suicide or self-inflicted Injury.

- Charges that are payable or reimbursable by:
    - a plan or program of any governmental agency (except Medicaid), or
    - Medicare Part A or Part B (where permitted by law). If you do not enroll in Medicare we will estimate benefits.

- Routine hearing care, routine vision care, vision therapy, surgery to correct vision, routine foot care, or foot orthotics.

- Home Health care services

- Services and/or treatment provided by a Chiropractor.

- Cosmetic services including treatment primarily designed to change or improve appearance, self-esteem or body image and/or relieve or prevent social, emotional or psychological distress.

- Not covered services, complications of an excluded or not covered service, or charges for which you are not liable.

- Charges by a Health Care Practitioner or medical provider who is an immediate family member. Immediate family members are you, your spouse, your children, brothers, sisters, parents, their spouses and anyone with whom legal guardianship has been established.

- Custodial Care.

- Growth hormone stimulation treatment including drugs or hormones.

- Dental care not related to a dental Injury.

- Any treatment for correction of malocclusion, protrusion, hypoplasia or hyperplasia of the jaws.

## Covered Prescription Drug Services

Covered Prescription Drug Services include only Covered Charges for the services and supplies listed in this certificate. Charges are subject to all the terms, limits and conditions of this plan.

**Definitions**

| | |
|---|---|
| **Ancillary Charge** | The copay differential or the difference between the actual charge and the MAC list charge or Drug Formulary medication charge. The Ancillary Charge does not count toward any Deductible or Out-of-Pocket Limit. |
| **Brand Name Drug** | A drug for which a pharmaceutical company has received a patent or tradename. Compounded medications are considered to be Brand Name Drugs. |
| **Generic Drug** | A drug that has the same active ingredients as an equivalent Brand Name Drug, does not carry any drug manufacturer's brand name on the label, and is not protected by a patent. It must be listed as a generic drug by our national drug data bank. |
| **Drug Formulary** | A preferred drug list that we approve. We will periodically update the list. |
| **Maximum Allowable Cost (MAC) List** | A list of Prescription Drugs reimbursed at a Generic Drug product level. We will periodically update the list. |

**Prescription Drug Benefits**

To obtain benefits at a network pharmacy, present your ID card. Certain drugs require preauthorization prior to dispensing. Once you pay the Prescription Drug Deductible and/or Copayment, any coinsurance and/or any Ancillary Charge, we will pay benefits up to a 30 consecutive day supply for each prescription or up to a 90 consecutive day supply for each prescription from the mail order service unless restricted by the manufacturer's packaging or the prescription order. Some products may be subject to additional supply, duration, lifetime, age, gender or other limits.

For Prescription Drugs and medicines we will pay up to $250,000 each year for the following:

- legend drugs and medicines that by Federal law can only be obtained with a prescription;

- injectable insulin with a prescription; and

- disposable insulin syringes, and disposable blood/urine, glucose/acetone testing agents or lancets.

If you do not use a network pharmacy, or if you do not present your ID card at a network pharmacy, you will have to pay the pharmacy in full and then file a claim form with the prescription card service administrator for reimbursement. You will be reimbursed at the negotiated rate that would have been paid to a network pharmacy for the cost of the drug minus any applicable Prescription Drug Deductible, Copayment, any coinsurance and/or Ancillary Charge.

When a Prescription Drug is available under two or more names or manufacturers' packaging or when more than one covered drug or dosage form may be used to treat a condition, we will cover the least expensive drug according to the provisions and conditions of the plan. Payment for a Prescription Drug does not mean we have any liability under Covered Medical Services. Drugs administered or dispensed by a Health Care Practitioner, Hospital or other state-licensed facility are not payable under this section. They may be covered under the Covered Medical Services section.

- Charges for which there is automobile or liability insurance providing medical payments.
- Charges for educational testing or training, vocational or work hardening programs, transitional living, or services provided through a school system.
- Diagnosis and treatment of infertility, which is the inability to conceive despite one year without protection from pregnancy or the inability to carry pregnancies to a live birth resulting in 3 or more miscarriages prior to the 20th week of gestation.
- Maternity and routine nursery charges.
- Genetic testing, counseling and services.
- Charges for sex transformation, and treatment of sexual dysfunction or inadequacy or to restore or enhance sexual performance or desire.
- Over-the-counter products; vitamins; dietary or food supplements; herbal and homeopathic medications.
- Treatment of "quality of life" or "lifestyle" concerns including but not limited to: smoking cessation; obesity, except Morbid Obesity; weight control; hair loss; sexual function, dysfunction, inadequacy or desire; or cognitive enhancement; excessive sweating.
- Sales or other taxes.
- Treatment used to improve memory or to slow the normal process of aging.
- Telemedicine or treatment rendered without the Health Care Provider being physically present with a patient.
- Pre-natal related genetic screening or diagnostic testing, including but not limited to maternal serum alphafetoprotein, chorionic villus sampling, ultrasonography, percutaneous umbilical blood sampling, fetal skin sampling, unless maternity coverage is in force.
- Pregnancy, maternity and other expenses related to surrogate pregnancy.
- Alternative Medicine services or supplies.
- Diagnosis or treatment of Mental Illness and/or Substance Abuse, other than treatment of a Serious Mental Illness.

# Coordination of Benefits

**Definitions**

| | |
|---|---|
| **Allowable Charge** | Any charge considered to be a Covered Charge by any Plan. |
| **Plan** | Any plan which provides medical benefits or services. Plan does not include: student accident plans, Medicaid, or any group hospital indemnity plan which pays $100 per day or less. |
| **Primary Plan** | A medical Plan that determines benefits without considering the benefits of any other Plan. |
| **Secondary Plan** | A medical Plan that determines benefits after the primary Plan determines benefits. |

**How Benefits Are Paid**

| If ... | We will... |
|---|---|
| you have another medical Plan in addition to this group Plan | coordinate this group Plan's benefits with the other Plan's benefits so combined benefits do not exceed 100% of the allowable charges incurred in a calendar year. |
| you are eligible for benefits provided by another Plan but do not claim them | consider the benefits for which you are eligible as benefits provided. |
| you receive benefits from another Plan in the form of services instead of cash payments | determine a reasonable cash value for each service which will be considered the amount paid by your other Plan. |
| we are primary (see below) | pay our normal benefits. |
| we are secondary (see below) | pay the lesser of the difference between the allowable charges and the amount paid by the Primary Plan, or our normal benefits. |

When this Plan is secondary, benefits payable will be reduced so that when they are added to the benefits payable under all other Plans, they will not exceed the total Allowable Charges. If both Plans have contractual discount arrangements with a provider, the greater discount will be taken into consideration when making benefit determinations.

**Order of Benefit Determination Rules**
The first applicable rule from the following list determines which Plan pays first.

1. A Plan that does not have a coordination of benefits provision, or has a provision that differs from this one, pays first.

2. A Plan that covers the claimant as the primary Certificate Holder pays before a Plan that covers the claimant as a Covered Dependent.

3. For a child whose parents are not divorced or separated:

   • the Plan of the parent whose birthday (month & day only) is earlier in the year pays first, regardless of which parent is older.

   • if both parents have the same birthday (month & day only), the Plan covering the parent for the longer time pays first.

   If the other Plan does not have this rule, that Plan pays first.

4.  For a child whose parents are separated or divorced, the order is:

    - first, the Plan of the parent with child custody

    - second, the Plan of the spouse of the parent with child custody

    - finally, the Plan of the parent without child custody.

      If a court requires one parent to be responsible for the child's medical expenses, that Plan is the Primary Plan. If a court establishes joint custody without stating which parent is responsible for medical expenses, the rules in item #3 of this section apply.

5.  If none of the above rules apply, the Plan that has been covering the claimant longer pays first.

**Our Rights Under This Section**
We have the right to release or obtain claim information from any organization or individual and pay our normal benefit to any organization which has paid benefits we should have paid.

# OTHER PROVISIONS

**Conformity With State Statutes**
If this plan is in conflict with any laws of the state where it is issued, this plan is changed to meet the minimum requirement of such laws.

**Consideration**
This certificate is issued based on the statements and agreements in the enrollment form, the exam (if required), any other amendment or supplements, and the payment of the required premium. Each renewal premium is payable on the due date subject to the grace period.

**Plan Changes**
No change in this plan will be valid unless approved by an executive officer of Fortis Insurance Company and attached to this plan. No agent or employee of Fortis Insurance Company has authority to waive or change any plan provision or waive any requirements within the enrollment form.

**Enforcement of Plan Provisions**
Our failure to enforce or require compliance with any provision within this plan will not waive, modify or render any provision unenforceable at any other time, whether the circumstances are the same or not.

**Grace Period**
There is a 31-day grace period for the receipt, at our home office, of any premium due after the first premium. If you have not paid your premium by the end of the grace period, your insurance will stop as of the last day for which premium has been paid.

No coverage will be provided during the grace period if you have similar coverage available through another carrier. Coverage will continue during the grace period unless you give us written, advance notice that coverage is to terminate.

**Grievance Procedure**
A complaint is any dissatisfaction you have regarding the services or benefits you receive from us. Call us with any complaint. We will attempt to resolve the complaint to your satisfaction. If we are unable to resolve the complaint over the phone, you can submit the complaint in writing as a formal grievance. Please contact us for more information about our formal grievance procedure.

We have the option, upon joint agreement, of initiating mediation as a means of resolving a dispute.

**Incontestability**
In the absence of fraud, all statements made on the enrollment form will be deemed representations and not warranties. After coverage has been in force for two years, no statement made in any enrollment form (unless fraudulent) will be used to void your coverage.

**Legal Action**
You cannot file a lawsuit before 60 days or more than 3 years after written proof of loss has been given to us.

**Misstatements**
If any relevant fact about you is found to have been misstated, the true facts will be used to determine if the insurance is in force. If Your age or other material information has been misstated and the premium amount would have been different had the correct information been disclosed, an adjustment in premiums may be made based on the correct information. In addition to adjusting future premiums, We may require payment of past premiums at the adjusted rate in order to continue coverage.

**Physical Exams**
We have the right to have a Health Care Practitioner examine you while a claim is pending. We will pay for the cost of these examinations.

**Premium Payments**
Premium payment on or before the effective date will keep Your coverage in force until the first renewal date. Each renewal premium is due on its due date subject to the grace period. Your premium may change on renewal because a new rate table applies, due to claims experience within Your Class of coverage, due to changes in policyholder expense, when Your age increases, family members are added or deleted, coverage is increased or decreased, if You move to a different ZIP code, or for any other reason permitted by law. Your mode of payment (monthly, quarterly or other) is subject to change at Our discretion.

**Recovery**

1. **Subrogation Right:** Upon payment of benefits, we will be subrogated to all rights of recovery you may have against any person or organization. This includes recoveries against such third party, against any liability coverage for such third party or against your automobile insurance in the event a claim is made under the uninsured or underinsured motorist coverages.  Such right extends to proceeds received by settlement, judgment or otherwise; but is limited to the amount of benefits we have paid. You must:

   - do nothing to prejudice any right of recovery;

   - execute and deliver any required instruments or papers; and

   - do whatever else is necessary to secure such rights.

   If we are precluded from exercising our subrogation right, we may exercise our right of reimbursement.

2. **Right of Reimbursement:** If benefits are paid under this plan, and you recover against any person or organization by settlement, judgment or otherwise, we have a right to recover from you an amount equal to the amount we have paid.  This includes recoveries against such third party, against any liability coverage for such third party or against your automobile insurance in the event a claim is made under the uninsured or underinsured motorist coverages.

   Any payment we make prior to determination of a work-related injury must be reimbursed when you receive any payment for such injury from another source. You must notify us of any work-related claim you make and reimburse us even when your recovery is the result of settlement or compromise.

**Rights of Administration**
We maintain our ability to determine our rights and obligations under this plan including, without limitation, the eligibility for and amount of any benefit payable.

**FORTIS INSURANCE COMPANY**
501 West Michigan
P.O. Box 624
Milwaukee, WI 53201-0624



**FORTIS**
Solid partners, flexible solutions™

## Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under federal law, health insurance issuers generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, issuers may not set the level of benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96 hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, an issuer may not, under federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers of facilities, or to reduce your out-of-pocket costs, you may be required to obtain precertification. For information on precertification, contact your issuer.

## Women's Health and Cancer Rights Act Notice

Effective October 21, 1998, the Federal Women's Health and Cancer Rights Act requires all health insurance plans that provide coverage for a mastectomy must also provide coverage for the following medical care:

- Reconstruction of the breast on which the mastectomy has been performed.

- Surgery and reconstruction of the other breast to produce a symmetrical appearance.

- Prostheses and physical complications at all stages of the mastectomy, including lymphedemas.

Covered benefits are subject to all provisions described in your plan including, but not limited to: deductible, copayment, rate of pay, exclusions and limitations.

## Notice of Privacy Practices

**This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully.**
Effective date 4-14-03:

Fortis Health is required by law to maintain the privacy of protected health information and to provide the people we insure with this notice of our legal duties and privacy practices. Fortis Health is required to abide by the terms of the Notice.

**Who We Are**
Fortis Health is a leading national provider of health insurance for individuals, families and small employer groups. Insurance polices are underwritten and issued by Fortis Insurance Company, Fortis Benefits Insurance Company and John Alden Life Insurance Company. In business since 1892, Fortis Health provides health insurance coverage to more than one million people nationwide. Fortis Health is headquartered in Milwaukee, Wisconsin, and has operations offices in Minnesota, Idaho, Florida, Texas and Ohio. Fortis Health is part of Fortis, Inc., a financial services company that, through its operating companies and affiliates, provides specialty insurance and investment products to businesses, associations, financial service organizations and individuals in the United States. Fortis, Inc. is part of the international Fortis group, operating in the insurance, banking and investment arenas worldwide, with headquarters in the Netherlands and Belgium.

**Information We Collect**
To serve your health insurance needs, Fortis Health collects information about you. We may collect this information directly from you orally or on applications or other forms.

We also collect information from third parties such as your agent or broker, your current or former health care providers and consumer reporting agencies. In addition, this information may include your transactions with Fortis Health, its affiliates and others. It is impossible to describe every type of information that we collect, but here are some examples: your name, age, address, Social Security number, telephone number, occupation and other demographic information about you and your family; whether you are a past or present customer with us, or if you ever applied for an insurance product or service from us, as well as your history of other insurance coverage and applications (if you apply online, information is collected through an Internet "cookie" an information--collecting device from a web server); your past, present or future physical, mental or behavioral health or condition; your health care history; your history of insurance coverage, premiums, claims and payments through Fortis Health; information from consumer reporting agencies and date collection agencies.

### How Fortis Health May Use and Disclose Information About You

We use and disclose information about you in serving your health insurance needs. It is impossible to describe every type of information that we use or disclose but we have provided some examples of how we use this information to provide services to you and your dependents:

**Treatment:**  Your health care provider may ask us to use or disclose protected health information in connection with treatment, including the provision, coordination, or management of health care and related services.

**Payment:**  We may use and disclose protected health information for payment purposes, including billing, review of health care services, determining whether a service is "medically necessary" and for utilization review. For instance, a doctor or health facility involved in your care may forward a claim to us with your protected health information. Fortis Health must have this health information to process your claims.

**Health Care Operations:**  Fortis Health may use and disclose protected health information as part of our health care operations. For example, we may use and disclose information in the underwriting process, renewal process, quality assessment activities or accreditation and certification.

**Plan Sponsors:**  If you are enrolled in a group health plan, Fortis Health may provide protected health information to the plan sponsor. For instance, we may share enrollment or disenrollment information with your employer.

**Health-related Benefits and Services:**  We may, from time to time, contact you about treatment alternatives or other health--related benefits, products or services that may be of interest to you, and for case management or care coordination.

**Business Associates:**  Fortis Health works with companies and consultants who perform a wide variety of functions on our behalf. For example, we work with financial institutions such as agents, brokers, insurance distributors, reinsurers and excess loss insurers, non--financial institutions such as health care providers, detectors of fraud, auditors, insurance support organizations, claims handlers, underwriters, and others such as information technology specialists and consultants. At times it may be necessary for us to provide your protected health information to one or more of these outside persons or organizations who assist us with our health care operations. In all cases, we require these business associates to provide written assurances to us that they will appropriately safeguard the privacy of your protected health information.

**Individuals Involved in Your Care or Payment:**  We may use or disclose protected health information to you or other family members who are covered under your health insurance policy regarding your care or payment related to your care. If you object to our use or disclosure of your protected health information in communications with other family members covered under your health insurance policy, please contact our customer service department and ask for the *Right to Restrictions* form, or visit our website at **www.fortishealth.com.** This request must be made in writing and signed by you or your legally authorized representative.

**Permitted or Required by Law:**  Fortis Health may release information when requested by law enforcement officials or when permitted or required by law. If you are involved in a lawsuit or dispute, Fortis Health may need to disclose protected health information in response to a court or administrative order.

**More Stringent Laws:**  Fortis Health offers health coverage in many states across the nation. In some cases we may be required to follow the state law provisions on use and disclosure of your protected health information, which may be more stringent than those outlined in this notice.

**Our Security Safeguards**
Fortis Health has established safeguards to ensure the security and confidentiality of information about you. These safeguards include protection against any anticipated threats or hazards to the security or integrity of the information, as well as protection against the unauthorized access to or use of this information. We restrict access to your information to those employees "who need to know that information" to provide products or services to you or on your behalf. Any other use or disclosure of your protected health information may only be made with your written authorization, which may be revoked under certain circumstances at any time.

**Your Rights Regarding Protected Health Information**
You have the following rights regarding protected health information we maintain about you:

**Right to Access:** You have the right to request to access and/or inspect your protected health information in a designated record set. A designated record set could include information related to enrollment, premium payment, claims adjudication and medical management.

**Right to Amend:** If you feel that the information we have about you is incorrect, you may ask to have protected health information in a designated record set amended. You have the right to request an amendment as long as the information is kept and created by Fortis Health.

**Right to an Accounting of Disclosures:** You have the right to receive an accounting of disclosures made by us of your protected health information after April 14, 2003. The accounting will not include disclosures made for purposes of treatment, payment or health care operations, disclosures permitted or required by law, or disclosures to you or to third parties to whom you have authorized disclosure.

**Right to Request Restrictions:** You have the right to request a restriction or limitation on the health information we use or disclose about you for treatment, payment or health care operations. We are not required to agree to a requested restriction.

**Right to Confidential Communications:** If you feel that your life may be in danger if Fortis Health contacts you at the address or phone number maintained in our records, you may request that we contact you in a different way or at a different location.

**Complaints:** If you believe your privacy rights have been violated, you may file a complaint with Fortis Health or with the Secretary of the Department of Health and Human Services. All complaints must be in writing. You will not be retaliated against for filing a complaint. If you would like to request to access or amend your personal health information, to request restrictions on use or disclosure, to request confidential communications, or to request an accounting of disclosures, please visit our website at www.fortishealth.com or contact our Customer Service Department at the number listed below and ask for the appropriate form. Each form must be signed by you or your legally authorized representative. Each of the forms provides additional information relating to your rights, including the cost that may be involved to process your request.

**Changes to This Notice**
We reserve the right to make changes to this notice and to make the revised or changed notice effective for protected health information we already have about you as well as any information we receive or create in the future. Any changes to this notice will be posted on our website, and if we make substantial material changes to the notice, we will distribute the revised notice to you or your plan sponsor via mail. You may view a copy of this notice at any time at our website www.fortishealth.com or you may receive another copy of the notice by calling our Customer Service Department. For Fortis Insurance Company and Fortis Benefits Insurance Company call 1-800-800-1212. For John Alden Life Insurance Company call 1-800-328-4316.

Form 28280 (4/14/2003)

**FORTIS INSURANCE COMPANY**
501 West Michigan
Milwaukee, WI 53203
A Stock Company



FORTIS
Solid partners, flexible solutions℠

## ILLINOIS
## LIFE AND HEALTH INSURANCE GUARANTY
## ASSOCIATION LAW

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its policy obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the covered claims of policyholders that live in Illinois (and their payees, beneficiaries, and assignees) and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

### ILLINOIS LIFE AND
### HEALTH INSURANCE GUARANTY ASSOCIATION

### DISCLAIMER

The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on continued residence in Illinois. Other conditions also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer. Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.

The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document. Policyholders with additional questions may contact:

Illinois Life and Health Insurance Guaranty Association
8420 West Bryn Mawr Avenue
Chicago, IL  60631
(312) 714-8050

Illinois Department of Insurance
320 West Washington Street
4th Floor
Springfield, IL  62767
(217) 782-4515

### Summary of General Purposes And
### Current Limitations of Coverage

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("LAW") (215 ILCS 5/531.01, et seq.). The following contains a brief summary of the Law's coverages, exclusions, and limits. This summary does not cover all provisions, nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

FORM 2430                              Page 1

a) Coverage:

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1) life insurance, health insurance, and annuity contracts;

2) life, health or annuity certificates under direct group policies or contracts;

3) unallocated annuity contracts; and

4) contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected, even if they live in another state.

b) Exclusions from Coverage:

1) The Guaranty Association does not provide coverage for:

A) any policy or portion of a policy for which the individual has assumed the risk;

B) any policy of reinsurance (unless an assumption certificate was issued);

C) interest rate guarantees which exceed certain statutory limitations;

D) certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or a government lottery;

E) any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or

F) any stop loss insurance.

2) In addition, persons are not protected by the Guaranty Association if:

A) the Illinois Director of Insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or

B) their policy was issued by an organization which is not a member insurer of the Association.

c) Limits on Amount of Coverage:

1) The law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of either:

A) the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or

B) with respect to any one life, regardless of the number of policies, contracts or certificates:

i) in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;

ii) in the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and

iii) with respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder, regardless of the number of contracts.

2) However, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

FORM 2430                         Page 2

***** INSURED COPY *****

**FORTIS INSURANCE COMPANY**
501 West Michigan
Milwaukee, WI 53203
A Stock Company



**FORTIS**
Solid partners, flexible solutions™

REMOVAL OF THIS RIDER IS NOT AUTOMATIC.  YOU MUST SUBMIT A SUPPLEMENTAL
APPLICATION TO HAVE THE RIDER RECONSIDERED AFTER
January 15, 2008

SPECIAL EXCEPTION RIDER

It is hereby understood and agreed that the Certificate to which this rider is attached is amended
to provide that the policy does not cover anything of which

▬▬▬▬▬▬▬▬▬▬  ▬▬▬▬▬▬▬  INCLUDING BUT NOT LIMITED TO
ANY DIAGNOSTIC PROCEDURES, TREATMENT, SURGERY, UNDERLYING CAUSES OR
COMPLICATIONS THEREOF

of Vivian M Jarrett                          , Spouse

is the sole, contributory, primary, or secondary cause; anything in the Certificate to the contrary
notwithstanding.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions,
agreements or limitations of the Coverage other than as above stated.

Attached to and hereby made a part of Certificate No.  0058353015 issued by the Fortis
Insurance Company of Milwaukee, Wisconsin, to William L Jarrett
this 15 day of January  , 2005.

*CRBal*

Secretary

Rider 17787                                    SPECIAL EXCEPTION RIDER

E-FILED
Thursday, 06 July, 2006  02:08:54 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

## "C"

JUN-20-2005 MON 08:32 AM F.  .ANT HEALTH          FAX NO. (                    P. 02 _ _ _



**FORTIS**

*Solid partners, flexible solutions®*

June 20, 2005

**MS LEIGH STRODE**
**CONSUMER SERVICES UNIT**
**ILLINOIS DEPT OF FINANCIAL &**
**PROFESSIONAL REGULATION**
**320 W WASHINGTON ST**
**SPRINGFIELD IL 62767-0001**

Document: 047580340                              **Fortis Health**
Certificate: 58353015
Insured: William Jarrett                          501 West Michigan
Claimant: William Jarrett                         P.O. Box 3050
Company: Fortis Insurance Company, NAIC: 69477    Milwaukee, WI
Your File: IL05-06781                             53201-3050
                                                  Telephone
Dear Ms. Strode:                                  1 800 800 1212

This letter is in response to your correspondence of May 31, 2005 and the accompanying
complaint filed by William Jarrett in the above matter.

Mr. Jarrett and his dependent spouse, Vivian, applied for and were issued Form 244.
Form 244 is a Certificate of Insurance that provides major medical coverage under a
Master Policy issued to Health Advocates Alliance. Health Advocates Alliance is an
association, and there is no employer sponsorship associated with health insurance
coverage under the Master Policy. The situs of the plan and association is the state of
Illinois. Form 244 is issued in the individual market. Coverage became effective on
January 15, 2005.

The Pre-existing Conditions Limitation section of the certificate states, in part:

> We will not pay benefits for Covered Charges incurred due to a pre-existing
> condition until 12 months after Your effective date of coverage. After this 12-
> month period, benefits will be paid for a pre-existing condition on the same basis
> as any other condition unless the condition has been specifically excluded from
> coverage.

Fortis Insurance Company / Fortis Benefits Insurance Company / John Alden Life Insurance Company



**FORTIS**

Solid partners, flexible solutions®

June 20, 2005
Page 2

A pre-existing illness (condition) means any condition that was diagnosed or treated (to include the taking of prescription drugs) by a Physician within 12 months prior to the effective date of coverage, or produced symptoms within 12 months prior to the effective date of coverage that would have caused an ordinarily prudent person to seek medical diagnosis or treatment.

Our records indicate that we received the January 21, 2005 through March 14, 2005 claims for medical services provided to Mr. Jarrett. Upon receipt of the claims, we initiated a routine investigation to determine our liability for payment. We requested medical records from St. John's Hospital on February 2, 2005. On February 3, 2005, we sent a request to Mr. Jarrett for a signed authorization and requested the names of his providers. We received the signed authorization from Mr. Jarrett on February 10, 2005. On February 21, 2005, we received the medical records from St. John's Hospital.

Based upon our review of the medical records, we determined that Mr. Jarrett had received treatment prior to the effective date of his certificate of coverage for the following conditions: intermediate coronary syndrome, coronary atherosclerosis, chronic ischemic heart disease, other and unspecified acute pericarditis, unspecified disease of pericardium, unspecified pleural effusion and pulmonary collapse. The documentation indicates that six days after the effective date, the patient sought medical care for chest pain symptoms. The history documents occurrence of these symptoms for the previous 3-4 months in a pattern that is classical for coronary artery disease. Chest pains occurred with exertion and resolved with rest. Therefore, the conditions are pre-existing as defined by the certificate provisions referenced herein. Accordingly, the claims were denied.

Upon receipt of Mr. Jarrett's recent correspondence requesting the information that we used in our pre-existing review, we sent a Request for Access to Protected Health Information form. Enclosed please find a copy of our May 26, 2005 correspondence for your reference.

We referred this matter to our Health Management department for review upon receipt of your correspondence. Our Health Management department determined that there are no benefits for the claims in question because six days after the January 15, 2005 effective date of coverage, Mr. Jarrett sought medical treatment for symptoms related to his heart conditions. Therefore, no benefits are available for these services.

Enclosed please find the relevant certificate provisions for your reference. We have also enclosed copies of the medical records used in our determination.

JUN-20-2005 MON 08:33 AM t... ANT HEALTH　　　　FAX NO. L　　　　　　P. 04



**FORTIS**

Solid partners, flexible solutions®

June 20, 2005
Page 3

Mr. Jarrett's appeal has been reviewed according to Fortis Health appeal procedures. He has the right to file a first level grievance regarding this determination. Mr. Jarrett has 180 days from the date of this letter to submit a written grievance for review. He may submit with his grievance any additional information that he would like to have reviewed. All pertinent information will be considered and reviewed. The grievance should be directed to: Fortis Health, PO Box 354, Milwaukee, WI 53201-0354.

We trust this correspondence explains our handling of this matter. However, if you have any additional questions or concerns, please contact me at 800-800-1212, extension 7744.

Sincerely,

*Rebecca L. Sinclair/kam*

Rebecca L. Sinclair, HIA
Market Conduct Analyst

RLS/kam
Enclosures

# EXHIBIT "D"



**FORTIS**

Solid partners, flexible solutions™

August 1, 2005

WILLIAM JARRETT
125 WALNUT PO BOX 922
KINCAID IL 62540-0922

Document: 48188492
Certificate: 58353015
Claimant:  William Jarrett

**Fortis Health**

501 West Michigan
P.O. Box 624
Milwaukee, WI
53201-0624
Telephone
1 800 800 1212

Dear William Jarrett:

We received Debra Loveless' July 8, 2005 correspondence.  This correspondence requests a review of services provided by St. Johns Hospital of The Hospital Sister and various other providers from January 21, 2005 to May 31, 2005 for you.  This review has been requested because it was originally determined that these services were provided as treatment for a pre-existing condition and excluded from coverage by your certificate.

Your certificate states in part, "We will not pay benefits for Covered Charges incurred due to pre-existing condition until 12 months after Your effective date of coverage.  After this 12 month period, benefits will be paid for a pre existing condition on the same basis as any other condition unless the condition has been specifically excluded from coverage.  A pre-existing illness (condition) means any condition that was diagnosed or treated (to include the taking of prescription drugs) by a Physician within 12 months prior to the effective date of coverage, or produced symptoms within 12 months prior to the effective date of coverage that would have caused an ordinarily prudent person to seek medical diagnosis or treatment."

Our Health Management department reviewed the medical records from St. Johns Hospital.  Based on this review, it was determined that pulmonary collapse, coronary atherosclerosis, disease of pericardium and chest pain  produced signs and symptoms prior to the effective date of coverage.  These records indicate based on the documentation provided, coronary artery disease and related diagnoses are pre-existing. You presented six days after the effective date with a significant history of symptoms of coronary artery disease within 12 months prior to the effective date of coverage that would have caused an ordinarily prudent person to seek medical diagnosis or treatment. January 22, 2005 history of present illness:  " substernal chest pressure, squeezing type with some radiation to the left shoulder... He has had it on and off for 3 to 4 months, usually with exertion, usually better with rest."  Clinical summary January 23, 2005

Fortis Insurance Company / Fortis Benefits Insurance Company / John Alden Life Insurance Company

August 1, 2005
Page 2

"discomfort in his chest and left shoulder for several months with exertion. He did have one episode last fall where he had an episode of severe nausea and vomiting of relatively brief duration... on January 21, 2005 he came to the emergency room because of significant symptoms of the same kind he has had previously." Dr. Pyle's diagnosis: unstable angina.

Since pulmonary collapse, coronary atherosclerosis, disease of pericardium and chest pain  produced symptoms or were capable of being diagnosed prior to the January 15, 2005 effective date of coverage, no benefits are available.

Your appeal has been reviewed according to Fortis Health grievance procedures. You have the right to file a second level grievance regarding this determination. Please note the second level grievance is the final step in the grievance process. You have 180 days from the date of this letter to submit a written grievance for review. Please submit with your grievance any additional information that you would like to have reviewed. All pertinent information will be considered and reviewed. Your second level grievance should be directed to: Fortis Health, PO Box 354, Milwaukee, WI 53201-0354.

Rule 9.19 of the rules and regulations of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph, Suite 15-100, Chicago, Illinois, 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois, 62767.

If you have any questions or concerns, please contact Customer Operations at (800) 800-1212.

Sincerely,

Jeff Simmons

Jeff Simmons
Correspondent

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
WILLIAM JARRETT

**DEFENDANTS**
FORTIS INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
James R. Enlow, Esq., Scott & Scott, P.C., 611 E. Monroe St., Ste. 200, Springfield, IL 62701

Attorneys (If Known)
William G. Beatty, Esq., Johnson & Bell, Ltd., 33 W. Monroe St., Ste. 2700, Chicago, IL 60603

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Removal jurisdiction invoked per 28 USC 1332(a) and 1441(a).
Brief description of cause:
Breach of insurance contract.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 7/5/06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.     **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: <u>47 USC 553</u>
                                                                       Brief Description: <u>Unauthorized reception of cable service</u>

VII.     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.     **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.