WGB/lmm/1438101                                                                 6975-06008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM JARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. |
| | ) |
| FORTIS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

   I hereby enter my appearance as counsel in this case for Defendant, Fortis Insurance Company.


Date:   July 5, 2006

*[signature]*
**Signature**
William G. Beatty, Johnson & Bell, Ltd.
**Print Name**
33 W. Monroe St., Suite 2700
**Address**
Chicago, IL 60603
**City, State, Zip Code**
(312) 372-0770
**Phone Number**
(312) 372-2881
**Fax Number**
beattyw@jbltd.com
**E-Mail Address**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2006, I emailed the foregoing document, along with a Civil Cover Sheet and Notice of Removal to the Clerk of the Court at newcases.Springfield@ilcd.uscourts.gov, and I hereby certify that I have mailed the document to all attorneys of record.

      /s/ **William G. Beatty**
William G. Beatty Bar Number: 03121542
Attorney for Defendant
    Fortis Insurance Company
Of Counsel
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770
Fax: (312) 372-2881
E-mail: beattyw@jbltd.com