# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM JARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  3:06-cv-03143-RM-BGC |
| ) | |
| FORTIS INSURANCE COMPANY, ) | Judge Richard Mills |
| an Insurance corporation, ) | Magistrate Judge Byron G. Cudmore |
| ) | |
| Defendant. ) | |

## REPLY TO COUNTERCLAIM FOR DECLARATORY JUDGMENT

NOW COMES Plaintiff, WILLIAM JARRETT, by and through his attorneys, SCOTT & SCOTT, P.C., and replying to the Counterclaim for Declaratory Judgment filed by Defendant/Counter-Plaintiff herein, hereby states as follows:

### Jurisdiction

1.   Plaintiff/Counter-Defendant admits the allegations of paragraph 1 of the Counterclaim.

### Venue

2.   Plaintiff/Counter-Defendant admits the allegations of paragraph 2 of the Counterclaim.

### Parties

3.   Plaintiff/Counter-Defendant admits the allegations of paragraph 3 of the Counterclaim.

4.   Plaintiff/Counter-Defendant admits the allegations of paragraph 4 of the Counterclaim.

**Statement of Claim Entitling the Defendant/Counter-Plaintiff to Declaratory Relief**

5. Plaintiff/Counter-Defendant admits the allegations of paragraph 5 of the Counterclaim.

6. Plaintiff/Counter-Defendant admits the allegations of paragraph 6 of the Counterclaim.

7. Plaintiff/Counter-Defendant admits the allegations of paragraph 7 of the Counterclaim.

8. Plaintiff/Counter-Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments set forth in paragraph 8, but Plaintiff/Counter-Defendant specifically denies that the effective date of his insurance coverage was July 15, 2005.

9. Plaintiff/Counter-Defendant admits the allegations of paragraph 9 of the Counterclaim.

10. Plaintiff/Counter-Defendant admits the allegations of paragraph 10 of the Counterclaim.

11. Plaintiff/Counter-Defendant neither admits nor denies the allegations of paragraph 11 of the Counterclaim, but in further answer states that the documents speak for themselves.

12. Plaintiff/Counter-Defendant neither admits nor denies the allegations of paragraph 12 of the Counterclaim, but in further answer states that the documents speak for themselves.

13. Plaintiff/Counter-Defendant neither admits nor denies the allegations of paragraph 13 of the Counterclaim, but in further answer states that the documents speak for themselves.

14. Plaintiff/Counter-Defendant neither admits nor denies the allegations of paragraph 14 of the Counterclaim, but in further answer states that the documents speak for themselves.

15. Plaintiff/Counter-Defendant admits that such a determination was made by Defendant.

16. Plaintiff/Counter-Defendant admits the allegations of paragraph 16 of the Counterclaim.

17. Plaintiff/Counter-Defendant admits the allegations of paragraph 17 of the Counterclaim.

WHEREFORE, Plaintiff/Counter-Defendant, WILLIAM JARRETT, prays this Honorable Court declare as follows:

A. That the pre-existing condition language contained within the policy of insurance which is the subject hereof, is inapplicable and invalid as it pertains to the controversy existing between the parties.

B. That the insurance policy which is the subject hereof issued by Defendant insuring Plaintiff was and is in full effect during al relevant times.

C. That Defendant is liable for the payment of all necessary medical expenses incurred by Plaintiff in accordance with the terms and provisions of the policy of insurance in amounts as finally determined.

D. That Plaintiff is entitled to his costs incurred in prosecuting this action.

E. Such, other, further and different relief as the court deems just.

Respectfully submitted,

WILLIAM JARRETT, Plaintiff/
Counter-Defendant,


BY:   /s/  James R. Enlow
        SCOTT & SCOTT, P.C.


PREPARED BY:
James R. Enlow (06199891)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street; Suite 200
Springfield, IL  62701
(217) 753-8200

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) ss |
| COUNTY OF SANGAMON | ) |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that an exact copy of the above and foregoing instrument was served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. District Court to:

William G. Beatty     beattyw@jbltd.com
                      malachowskil@jbltd.com

The undersigned hereby further certifies that an exact copy of the above and foregoing instrument was served upon the parties of record by depositing the same in the U.S. Mail, Springfield, Illinois, in an envelope securely sealed, postage fully prepaid and legibly addressed to:

on this 6th day of September, A.D., 2006.

/s/ Susan L. Greenwalt

Subscribed and sworn to before me this 6th day of September, A.D., 2006.

/s/ Janet M. Smith
NOTARY PUBLIC