### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| WILLIAM JARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  3:06-cv-03143-RM-BGC |
| | ) | |
| FORTIS INSURANCE COMPANY, | ) | Judge Richard Mills |
| an Insurance corporation, | ) | Magistrate Judge Byron G. Cudmore |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

TO:    Mr. William G. Beatty
       Johnson & Bell, Ltd.
       Attorneys at Law
       33 West Monroe Street, Suite 2700
       Chicago, IL  60603

   The undersigned certifies that on October 16, 2006, a true copy of the Rule 26(a) Disclosures, along with a copy of this Notice, were sealed in a postage pre-paid envelope addressed as set forth above and deposited in the U.S. Mail at Springfield, Illinois.

   This Notice of Service was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above-named individuals.

   Respectfully submitted,

   WILLIAM JARRETT, Plaintiff,


   BY:   /s/  James R. Enlow
         SCOTT & SCOTT, P.C.,


PREPARED BY:
James R. Enlow (06199891)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street; Suite 200
Springfield, IL  62701
(217) 753-8200

STATE OF ILLINOIS        )
                         ) ss
COUNTY OF SANGAMON       )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the above and foregoing instrument was served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. District Court to:

William G. Beatty          beattyw@jbltd.com
                           malachowskil@jbltd.com

The undersigned hereby further certifies that an exact copy of the above and foregoing instrument was served upon the parties of record by depositing the same in the U.S. Mail, Springfield, Illinois, in an envelope securely sealed, postage fully prepaid and legibly addressed to:

on this 16th day of October, A.D., 2006.

/s/ Susan L. Greenwalt

Subscribed and sworn to before me this 16th day of October, A.D., 2006.

/s/ Janet M. Smith
NOTARY PUBLIC