WGB/lmm/#1557192                                                      6975-06008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM JARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-cv-03143-RM-BGC |
| ) | |
| FORTIS INSURANCE COMPANY, ) | Judge Richard Mills |
| ) | Magistrate Judge Byron G. Cudmore |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

TO:   James R. Enlow, Esq.
      Scott & Scott, P.C.
      611 East Monroe Street, Suite 200
      Springfield, IL 62701
      (217) 753-8206 Fax

   I hereby certify that on February 5, 2007, I served a copy of **Response of Defendant to Plaintiff's Request to Admit** and a copy of **Response of Defendant to Plaintiff's Interrogatories** upon the above-named attorney via facsimile.

   This Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        s/ **William G. Beatty**
                                        William G. Beatty Bar Number: 03121542
                                        Attorney for Defendant
                                            Time Insurance Company f/k/a
                                            Fortis Insurance Company
                                        Of counsel
                                        Johnson & Bell, Ltd.
                                        33 West Monroe Street, Suite 2700
                                        Chicago, IL 60603
                                        Telephone: (312) 372-0770
                                        Fax: (312) 372-2881
                                        E-mail: beattyw@jbltd.com