### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM JARRETT, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:06-cv-03143-RM-BGC |
| FORTIS INSURANCE COMPANY, an Insurance corporation, | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff, WILLIAM JARRETT, by and through his attorney, JAMES R. ENLOW of SCOTT & SCOTT, P.C., and hereby respectfully requests this Court to grant an extension of time in which to file a response to the Motion for Summary Judgment filed by Defendant, FORTIS INSURANCE COMPANY herein, and in support thereof, states as follows:

1.  Defendant, FORTIS INSURANCE COMPANY, filed its Motion for Summary Judgment in this matter on May 31, 2007. Pursuant to this Court's Order, Plaintiff is to file a response thereto on or before June 25, 2007.

2.  Due to a heavy case load of Plaintiff's counsel, including multiple Chapter 11 proceedings which have required a great deal of counsel's recent time and attention, counsel has had insufficient time to prepare a thorough response to the Motion for Summary Judgment.

3.  That in order to prepare and file a thorough response, Plaintiff's counsel is in need of an additional seven (7) days to do so.

4. Counsel for Plaintiff has conferred with William Beatty, counsel for Defendant, and Attorney Beatty has no objection to this request for additional time.

5. This motion is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff, WILLIAM JARRETT, prays this Honorable Court grant an extension of time of seven (7) days in which to file his response to the Motion for Summary Judgment filed herein, and for such other, further and different relief as the Court deems just.

Respectfully submitted,

WILLIAM JARRETT, Plaintiff,

BY:   /s/  James R. Enlow
      SCOTT & SCOTT, P.C.

PREPARED BY:
James R. Enlow (06199891)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street; Suite 200
Springfield, IL  62701
(217) 753-8200

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF SANGAMON | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of the above and foregoing instrument was served upon the following parties by electronic transmission through the Case Management/Electronic Case Filing System of the U.S. District Court to:

William G. Beatty          beattyw@jbltd.com
                           malachowskil@jbltd.com

The undersigned hereby further certifies that an exact copy of the above and foregoing instrument was served upon the parties of record by depositing the same in the U.S. Mail, Springfield, Illinois, in an envelope securely sealed, postage fully prepaid and legibly addressed to:

on this 25th day of June, A.D., 2007.

/s/ Susan L. Greenwalt

Subscribed and sworn to before me this 25th day of June, A.D., 2007.

/s/ Janet M. Smith
NOTARY PUBLIC