## ENROLLMENT FORM FOR MEDICAL INSURANCE FOR INDIVIDUALS AND FAMILIES

*12/13*   *Augustynowic*

**MGA** Z7000193001 ENTRUST INC

**FORTIS** Solid partners, flexible solutions®

PLEASE PRINT IN BLACK INK

### AGENT INFORMATION

Agency Name and Fortis Number: *Entrust*
Agent Name and Fortis Number: *Debra Loveless    ZZ60K*    Phone #: *(217) 523-2055*
Agent Fax Number: *(217) 523-7161*    General Agent is located in the state of *IL*

### TYPE OF ACTIVITY — check appropriate box

☒ New Enrollee
☐ Upgrading Coverage    Existing Policy # _____

☐ Change to an existing policy. Policy # _____
   ☐ Adding Dependent
   ☐ Reinstatement of Coverage
   ☐ Applying for removal of special exception rider
   ☐ Applying for removal/reduction of special class premium
   ☐ Other _____

### PERSON(S) TO BE INSURED

| # | Last | First | M.I. | Sex | Age | Birthdate Mo/Day/Yr | State of Birth | Height | Weight | Social Security # | Tobacco User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. (Primary) | Jarrett | William | L. | M | 52 | | IL | 5'1" | 220 | | ☐ Yes ☒ No |
| 2. (Spouse) | Jarrett | Vivian | m. | F | 52 | | IL | 5'8" | 182 | | ☐ Yes ☒ No |

### 3. DEPENDENT'S NAME

| Last | First | M.I. | Relationship | Sex | Age | Full Time Student Yes | No | Birthdate Mo/Day/Yr | Height | Weight | Social Security # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### 4. Resident Address

*125 Walnut P.O. Box 922*   *Kincaid*   *IL*   *62540*
STREET                      CITY         STATE    ZIP

5. Does any proposed insured live outside the above household? ☐ Yes ☒ No
   If yes, explain _____
   (IN CASE OF A MINOR, CUSTODIAL PARENTS SIGNATURE WILL BE REQUIRED TO ATTEST TO MEDICAL HISTORY)

6. Home Phone Number: *217* (AREA CODE) *237-4738* (NUMBER)  Best time to call: *Evening - after 3*

7a. Occupation (Primary): *Mechanic*    ☒ Full-Time  ☐ Part-time  Hours worked per week: *40*
    Company Name: *Bill's Safety + Automotive*  Work Phone Number: *217-824-9113*
    Duties: *Runs Shop*
    Self Employed: ☒ Yes  ☐ No    Covered by Worker's Compensation: ☐ Yes ☒ No

7b. Occupation (Spouse): *Manage Flower Shop*    ☐ Full-Time  ☒ Part-time  Hours worked per week: *65*
    Company Name: *Whitledge Flowers*  Work Phone Number: *217-824-3270*
    Duties: *manage*
    Self Employed: ☐ Yes  ☒ No    Covered by Worker's Compensation: ☐ Yes ☒ No

### IF REQUESTING LIFE INSURANCE COVERAGE

8. Beneficiary for Primary Insured _____
   FULL NAME                                   RELATIONSHIP

   Contingent Beneficiary _____
   FULL NAME                                   RELATIONSHIP
   (The Primary Insured is the beneficiary of any Spouse or Child(ren) Life Insurance.)

1

Form 26567    Fortis Insurance Company 501 West Michigan Milwaukee, WI 53203

**EXHIBIT C**

## POLICY INFORMATION
*If Signed Proposal/Quote is provided this section does not need to be completed*

## PREMIUM AMOUNT

**Plan Name:** _____

**Plan Type:**
- ☐ Physician/Hospital PPO
- ☐ PPO X-tra
- ☐ Value Plan
- ☐ Traditional (non-PPO)
- ☐ One Deductible

If PPO, Network Selected: _____

**Plan Deductible:** _____ **Rate of Payment:** _____

**Lifetime Maximum:** _____

**Prescription Drug Card Deductible:** _____

**MSA:** ☐ FORTIS MSA  ☐ MSAVER  ☐ OTHER

**Optional Coverage:**
- ☐ Doctor's Office Copayment
- ☐ Maternity* (N/A in Arkansas and Oklahoma)
- ☐ Accident Medical Expense: First Dollar Amount $ _____
- ☐ Life Insurance for Primary Insured: $ _____
  - ☐ Life Insurance Spouse: $ _____
  - ☐ Life Insurance Children
- ☐ Dental and Vision Card

The Dental and Vision Card is a discount program, not an insurance product. Indicate any plan or coverage changes from original illustration, sign and initial.

| | |
|---|---|
| Primary Insured | $ _____ |
| Spouse | $ _____ |
| Children | $ _____ |
| Rx Drug Card | $ _____ |
| D.O.C. | $ _____ |
| Maternity | $ _____ |
| AME | $ _____ |
| Life | $ _____ |
| Dental & Vision Card | $ _____ |
| Lifetime Maximum Buy Up | $ _____ |
| Total Premium | $ _____ |
| One Time Processing Fee* | $ 20.00 |

*N/A in all states

## BILLING

9. ☐ Quarterly  ☐ Semi-Annual  ☐ Annual  ☒ Bank Draft (Complete attached form)  ☐ Existing Account # _____

Send premium notices to:  ☒ Insured  ☐ Other (Print name, street number, city, state & zip)

## OTHER COVERAGE IN FORCE OR APPLIED FOR

10. Are any of the proposed insureds covered by, or has application been made for any type of medical insurance?
☒ Yes (Complete section below)  ☐ No

| Proposed Insured's Name | Company Name | Company Phone Number | Group/Individual/COBRA | Type of Coverage | Effective Date | Termination Date |
|---|---|---|---|---|---|---|
| American Republic | William Jarrett | | Ind. | Hosp./Surg | 1998 | upon approval |

11. Were all proposed insureds covered under the prior plan listed above?  ☒ Yes  ☐ No (If no, list those not covered)

12. Will this proposed coverage replace or change any existing health insurance? ........................... ☒ Yes  ☐ No
13. Are any of the proposed insureds covered by Medicaid? ........................... ☐ Yes  ☒ No
14. Will any proposed insured become eligible for any other form of medical insurance in the next six months? ....... ☐ Yes  ☒ No
15. Have any of the proposed insureds ever been declined, postponed, charged an extra premium or had a portion of coverage excluded for life, disability, or medical insurance or had such coverage rescinded? ............. ☐ Yes  ☒ No
If yes, give details

## HAZARDOUS ACTIVITIES & DRIVING

16. Have any of the proposed insureds ever participated in organized racing including but not limited to, automobile, motorcycle or powerboat racing or any of the following activities: skydiving, ultralight flying, scuba diving, hang gliding, rock or mountain climbing?  ☒ Yes  ☐ No

| If yes, indicate who and which activity | When/How Often | Do you plan continued participation? |
|---|---|---|
| William  Drag Race | Quit 2001 | ☐ Yes  ☒ No |
| | | ☐ Yes  ☐ No |

17. Have any of the proposed insureds been cited for driving while intoxicated in the past 5 years or had 2 or more moving violations in the past 2 years?  ☐ Yes  ☒ No
If yes, indicate type of violation. _____   Date/s _____

2

## HEALTH STATEMENT

**IMPORTANT! PLEASE GIVE COMPLETE DETAILS OF EACH YES ANSWER ON PAGE 5 "ADDITIONAL MEDICAL DETAILS".**

**WITHIN THE LAST 10 YEARS HAS ANY PROPOSED INSURED:**

18. HAD ANY DIAGNOSIS OF, RECEIVED TREATMENT FOR, OR CONSULTED WITH A PHYSICIAN CONCERNING:     Yes    No

a) The lungs or respiratory system including but not limited to hayfever or other allergies, sinus infections, asthma, bronchitis, tuberculosis, pneumonia or emphysema? ......... ☑ ☐

b) The heart or circulatory system including but not limited to high blood pressure, heart attack, heart murmur, chest pain, irregular heartbeat, varicose veins, phlebitis or elevated cholesterol? (provide last blood pressure reading and cholesterol level if known) ......... ☐ ☑

c) The digestive system including but not limited to ulcer, gastritis, heartburn, intestinal disorder, colitis, gallbladder, hemorrhoids, hernia, disorder of the pancreas, spleen, or liver including but not limited to, hepatitis, jaundice or cirrhosis? ......... ☑ ☐

d) The nervous system including but not limited to epilepsy, seizures, unconsciousness, convulsions, vertigo, headaches, paralysis, multiple sclerosis, cerebral palsy, Parkinson's disease, stroke or mini-stroke, TIA or brain attack? ......... ☐ ☑

e) Mental disease or nervous disorder including but not limited to any emotional disorder, anxiety, depression, attention deficit disorder, eating disorder, or psychiatric treatment or counseling? ......... ☐ ☑

f) Congenital disorder, birth defects or developmental disorders including but not limited to Down Syndrome, mental retardation, autism, cleft palate, club foot, or congenital heart defects? ......... ☐ ☑

g) The genitourinary system including but not limited to any kidney disorder, kidney stones, cystitis, prostatitis, bladder infections, or sexually transmitted disease? ......... ☐ ☑

h) Diabetes, high or low blood sugar or any disorder of the thyroid gland or other glandular disorder? ......... ☐ ☑

i) The muscular, skeletal or connective tissue disorder including but not limited to arthritis, lupus (SLE), temporomandibular joint disease (TMJ), any back or spine disorder or treatment of any muscular or neuromuscular disorder or any manipulation therapy? ......... ☐ ☑

j) Blood or lymph disorders including but not limited to anemia or lymphadenopathy? ......... ☐ ☑

k) Cancer? Provide location, type of cancer and treatment received ......... ☐ ☑

l) Tumor, cyst or growth of any kind; any breast or skin disorders? Provide location, state if treated or removed and date ......... ☐ ☑

m) Any disorder of the eyes, ears, (including ear infections or ear tubes), nose or throat. Tonsils or adenoids, any speech or hearing impairment? ......... ☐ ☑

n) 1. Any disorder of the reproductive organs, including but not limited to disorders of the penis, testes, vagina, ovaries and cervix, uterus, diagnosed or treated for infertility or irregular menstruation? ......... ☐ ☑

    2. To the best of your knowledge, are you, your spouse or any dependent now pregnant? ......... ☐ ☑

    3. Is any person not named on this enrollment form now pregnant by any person to be insured? ......... ☐ ☑

**IF EITHER N-2 OR N-3 IS ANSWERED YES, MEDICAL COVERAGE CANNOT BE ISSUED.**

**QUESTIONS 4-6 FOR FEMALE APPLICANTS:**

4. Complications of pregnancy, including but not limited to caesarean section delivery or miscarriage? ......... ☐ ☑

5. DATE OF LAST PAP SMEAR _10-03_ RESULTS _Normal_

6. Have you been instructed to have a repeat pap smear or any follow-up treatment or tests as a result of your last pap smear? ......... ☐ ☑

19. Been diagnosed as having or been treated for Acquired Immune Deficiency Syndrome (AIDS) by a member of the medical profession? ......... ☐ ☑

20. Been diagnosed as having or been treated for any immune deficiency disorder by a member of the medical profession? ......... ☐ ☑

21. Experienced any of the following: Signs and symptoms of an immune deficiency disorder may include lymphadenopathy (swollen lymph nodes), loss of appetite, weight loss, chronic fatigue, fever, oral thrush, skin rashes, unexplained infections, dementia, depression, or other psychoneurotic disorders with no known cause? ......... ☐ ☑

22. Had surgery or has diagnostic testing, treatment or surgery been recommended or scheduled that has not been completed? ......... ☐ ☑

23. Does any person have any fixation/prosthetic devices present including but not limited to plates, screws, pins, implants (including breast implants), shunts, pacemakers or valve replacements? ......... ☐ ☑

24. Had an electrocardiogram, chest x-ray, or blood test or any other diagnostic testing of any kind or been hospital confined in the past 10 years? If yes, give name of physician or hospital and results. ......... ☐ ☑

25. Been a member of Alcoholics Anonymous or had any treatment, including but not limited to, counseling for alcoholism or alcohol abuse or been advised by a physician to discontinue or decrease alcohol consumption? ......... ☐ ☑

26. Used sedatives, tranquilizers, cocaine or other hallucinogenic or narcotic drugs, or received treatment for drug abuse or chemical dependency? ......... ☐ ☑

27. To the best of your knowledge, does any person to be insured have any mental or physical impairment, disease or deformity not indicated above? ......... ☐ ☑



3

## HEALTH STATEMENT (continued)

IMPORTANT! PLEASE GIVE COMPLETE DETAILS OF EACH YES ANSWER ON PAGE 5 "ADDITIONAL MEDICAL DETAILS".

|     |     | Yes | No |
|-----|-----|-----|----|
| 28. | Have you or your spouse (if to be insured) smoked cigarettes or used tobacco in any form or nicotine substitute within the past year?....... | Primary Proposed Ins. ☐ | ☒ |
|     |     | Spouse ☐ | ☐ |

28a. Have you or your spouse EVER smoked cigarettes or used tobacco products? If yes, indicate who, amount per day and year quit. __Vicky - 71 - Quit 74  1/3 pk a day__ ............ ☒ Yes ☐ No

29. Is any proposed insured currently taking or taken within the past 3 months, any medication or receiving medical treatment of any kind? Provide details of treatment including name and dosage of all medications. ...... ☒ Yes ☐ No

## REQUESTING THE REMOVAL OF A SPECIAL CLASS PREMIUM OR RIDER

30. Has there been any medical treatment for, or have you consulted with a physician concerning the condition(s) which has been ridered or rated since the covered person's effective date? ☐ Yes ☒ No    If yes, provide details_____

## REGULAR PHYSICIAN

31. Regular physician or medical practitioner for each proposed insured: (If none, provide last doctor seen, date, reason & results)

Primary Proposed Insured's Physician __Dr. Gill D.__  __600 N. Main St,__
Address __(217) 824-8191__  __Taylorville, IL. 62568__
Date Last Seen __1998__ Reason & Results __Physical — Fine__

Spouse's Physician __Dr. Younkin J.__   __(217) 545-5117__
Address __415 N. 9th St__  __Springfield, IL. 62702__
Date Last Seen __10/03__ Reason & Results __Physical — Normal__

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

Child's Name_____ Physician_____
Address_____
Date Last Seen_____ Reason & Results_____

4

## ADDITIONAL MEDICAL DETAILS
*(Attach a separate sheet if additional space is needed. Date and sign any additional sheet.)*

| Person / Condition | Question No. | Provide dates, type of treatment, and results. | Name of Doctor or Hospital and Complete Address and Phone Number. |
|---|---|---|---|
| Vicky<br>Condition: Sinus Infection | 18A | 2-04 Amoxicillon<br>1-03 2x a day for 10 days<br>1-02 Zyrtec 1x a day for 10 days | Dr. Keil<br>600 N. Main St.<br>Taylorville, IL 62568<br>(217) 824-8191 |
| Vicky<br>Condition: Spasmatic Bowel | 18C | 4-99 Hysomine<br>1x a day<br>on going | Dr. Younkin<br>415 W. 9th St.<br>STE 600<br>Springfield, IL 62702<br>(217) 545-5117 |
| Vicky<br>Condition: Spasmatic Bowel | 29 | See above 18C | See above 18C |

5

I represent to the best of my knowledge and belief, that all statements and answers on this enrollment form are complete and true. The enrollment form and any amendments shall be the basis for the contract. I also agree that:

Except as otherwise provided in the Conditional Receipt, the insurance, if approved by Fortis Insurance Company, will be in force only when issued by Fortis Insurance Company. The first full premium must be paid. Coverage will become effective on the later of: A) The date of the enrollment form; B) The requested Effective Date. A change in the health of the proposed insured(s) after the completion of the enrollment form and before the delivery of the contract may affect my eligibility for insurance with the company. The contract may only be effective prior to the contract delivery subject to the terms of the Conditional Receipt.

In order to determine my (our) eligibility for insurance, I authorize any licensed physician; medical practitioner; hospital; clinic; any medically related facility; insurance company; the Medical Information Bureau; employer; or consumer reporting agency to give to Fortis Insurance Company (or to any consumer reporting agency authorized by Fortis Insurance Company) any information regarding me or my family as to employment, other insurance coverage, personal information, and medical care, advice or treatment.

I agree that a photographic copy of this authorization shall be valid for two years from the date signed.

I acknowledge receiving the Fair Credit Reporting Act Pre-Notification, the notification regarding the Medical Information Bureau, the Abbreviated Notice of Insurance Information Practices and the Outline of Coverage for Health Insurance, if required.

We, the undersigned Proposed Insured(s) and agent acknowledge that the Proposed Insured(s) has read the completed enrollment form. We understand and acknowledge that any fraudulent statement or material misrepresentation on the enrollment form and/or any amendments may result in claim denial or contract rescission, subject to the time limit on certain defenses or incontestability provisions of the contract.

_____
Signature of Primary Proposed Insured

DATE SIGNED: 12-10-04   TIME SIGNED: 10:50 ☒ A.M. ☐ P.M.   CITY & STATE: Taylorville, IL

_____
Signature of Spouse or Other Insured
(If proposed to be insured)

_____
Signature(s) of Other Dependents 18 or Over
(If proposed to be insured)

_____
Guardian's Signature

Requested Effective Date: January 15, 05

Premium Amount Sent $ VOID cc.

One Time Processing Fee Sent* $ 20.00
*N/A in all states

Conditional Receipt Taken?  ☐ Yes  ☒ No

**ATTENTION: (Agent)**

I have reviewed this enrollment form to ensure that all required items have been completed.

To the best of my knowledge there is ☒, is not ☐ a replacement of Medical Insurance involved in this transaction.

Are you aware of any mental or physical impairment, disease or deformity of any proposed insured which is not disclosed on the enrollment form?  ☐ Yes  ☒ No
If yes, please explain _____

_____
Licensed Resident Agent's Signature

Debra Loveless   2760X
Print Agent Name & Agent Number or Business Number

_____ Initial here if you witnessed the signing of this form by the Proposed Insured(s).

6

## Fortis Insurance Company Authorization for Check-O-Matic Billing

Choose the following option that applies:

☒ To begin Check-O-Matic withdrawals

☐ To add this policy to an existing Check-O-Matic account with Fortis Insurance Company.
Note: Please provide the existing Check-O-Matic number and/or associated policy number.

Existing COM Number _____

Associated Policy Number _____PL_____

Desired withdrawal day: (1-28) ~~1st~~ 15
Note: We recommend a withdrawal date equal to or within 5 days of your policy issue day.

ACCOUNT INFORMATION: Complete only if different than information on check:

PAYOR'S BILLING ADDRESS

Payor's Name _____

Address _____

City _____ State _____ ZIP _____

I (we) hereby authorize Fortis Insurance Company, hereinafter called COMPANY, to initiate debit entries to the account indicated below and the depository named below, herein after called DEPOSITORY, to debit the same to such account.

This authority is to remain in full force and effect until COMPANY and DEPOSITORY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

X _[signature]_  12/10/04
(Signature of Payor)  (Date Signed)

---

*[Image of check:]*
Bill's Safety & Automotive  05-02
Bill Jarrett
Ph. 217-824-9113
806 South Spresser
Taylorville, IL 62568
70-1515-711    3286
PAY TO THE ORDER OF _____ $ _____
_____ DOLLARS
THE PALMER BANK
TAYLORVILLE, IL 62568
FOR _____
3286

---

## Health Advocates Alliance Membership Application

**USAA customers are not required to complete this section.**

Health Advocates Alliance is a membership organization that promotes good health among its members and their communities. Membership in the Alliance is required in order to be eligible for health insurance coverage. Membership privileges include the right to participate in all programs offered or sponsored by the Association. For additional information and benefits provided by the Association please see the Health Advocates Alliance Brochure, Form JI-1033.

I hereby request enrollment in the Health Advocates Alliance. I understand that nominal dues are required for membership in the Association; If participating in a sponsored insurance program, then my annual dues may be collected in installments along with my insurance premiums. I also understand that membership dues are non-refundable, and my failure to remit membership dues will result in loss of eligibility to participate in any of the Association sponsored programs or benefits.

_William L Jarrett_
Member Name (please print)

_[signature]_   12/10/04
Member Signature    Date

Form 26594

7

*** IMPORTANT ***

NEW HIPAA Regulation: Please have your client sign this form along with the completed application/enrollment form. If we do not receive this signed form, the underwriting process could be delayed.

**Underwriting Authorization**


FORTIS
Solid partners, flexible solutions™

Name of Proposed Insured(s): William L. Jarrett
Vivian M. Jarrett
Address: 125 Walnut P.O. Box 922
Kincaid, IL. 62540

I hereby authorize any health care provider or medically related facility, pharmacy or pharmacy related facility, the Medical Information Bureau, Inc., consumer reporting agency, insurance or reinsurance company or employer having information about me or my minor children to provide all such information as may be requested to Fortis Health, its legal representative or any medical records retrieval service Fortis Health may engage, including, but not limited to, EMSI.

This authorization includes any and all information you may have about me, including, but not limited to, information regarding diagnosis, testing, treatment and prognosis of my physical or mental condition as well as alcohol abuse treatment, drug abuse treatment, psychiatric treatment, pharmacy prescriptions, HIV testing and treatment, STD testing and treatment, sickle cell testing and treatment, lab data and EKG's. This information may also be disclosed to any medical records company engaged by Fortis Health, including but not limited to EMSI and its agents. Although federal regulations require that we inform you of the potential that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer be protected by such regulation, all information received by Fortis Health pursuant to this authorization will be protected by federal and state privacy laws and regulations. A copy of this authorization will be valid as an original.

I understand that this authorization is required in order to enable Fortis Health to make eligibility or enrollment determinations relating to me and/or my minor children or for Fortis Health's underwriting or risk rating determinations. If I refuse to sign or revoke this authorization, Fortis Health may refuse to consider my application for enrollment.

I understand that I may revoke this authorization at any time by notifying Fortis Health in writing of my desire to revoke. Such revocation must be sent by certified mail to the following address: Privacy Office, Fortis Health, P.O. Box 3050, 501 West Michigan, Milwaukee, WI 53201-3050. Such revocation will not be valid if Fortis Health has taken action in reliance on the authorization.

Unless an earlier date is required by law, this authorization expires upon the earliest of the following events: denial of my application, declination of enrollment, or, if insured, when I am no longer an insured of Fortis Health.

Signature of Primary Proposed Insured or representative*    Date 12-10-04
Signature of Spouse or Other Proposed Insured(s) or representative*    Date 12-10-04
Signature of Other Dependents 18 or over (if proposed to be insured)    Date

* If you are the individual's representative and are not the parent or legal guardian of a minor, you must attach documentary evidence of your authority to act as the individuals representative for this authorization to be valid.

PLEASE RETAIN A COPY FOR YOUR RECORDS

Form 28291