AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**WILLIAM JARRETT,**
      **Plaintiff,**

    vs.                                        Case Number:  **06-3143**

**FORTIS INSURANCE COMPANY,**
      **Defendant.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered by Judge Richard Mills, Defendant Fortis' Motion for Summary Judgment (d/e 9) is granted.  This case is closed.----------------------

ENTER this 9th day of January 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ M. Eddings
_____
BY: DEPUTY CLERK